# United States District Court for the Northern District of Illinois

Case Number: 07CV6535    Assigned/Issued By: NF

Judge Name: LINDBERG    Designated Magistrate Judge: MASON

## FEE INFORMATION

*Amount Due:* [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00    Receipt #: 2339455

Date Payment Rec'd: 11/16/7    Fiscal Clerk: NF

## ISSUANCES

[✓] Summons    [ ] Alias Summons

[ ] Third Party Summons    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
_____
_____
(Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
(Type of Writ)

_3_ Original and _0_ copies on _11-16-7_ as to _DEF'S 1-3_
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05