AFFIDAVIT OF SERVICE
BY A
PRIVATE PROCESS SERVER

---

United States District Court)
                           ) SS.
Northern District of Illinois )

CASE: 07 C 6535

COURT: Northern District of Illinois
             Eastern District

DATE FILED/ISSUED: November 16, 2007

PLAINTIFF/ PETITIONER
Digisound-WIE, Inc.

Vs.

DEFENDANT/ RESPONDENT
BeStar Technologies, Inc., Dirk De Young,
Helene De Young, Florian Greiling, and
Lilli Greiling

I, Amanda Dunafon, hereby swear under oath that I am a duly Registered Process Server in the State of Arizona, and am qualified to serve process in the above matter. That on the **21st** day of **November, 2007**, at **12:05 p.m.**, I received the below described documents from Arthur Sternberg, and that I personally served same upon the person(s) hereinafter named as follows.

CASE # / DOCUMENTS
07 C 6535 Summons in a Civil Case & Complaint

DATE AND TIME OF SERVICE: 11-21-07 at 1553 hours
LOCATION OF SERVICE: BeStar Technologies, Inc., 999 Fry Blvd, Ste. 304, Sierra Vista, AZ
SERVED: Helene De Young



OFFICIAL NOTARY PUBLIC
COCHISE COUNTY
STATE OF ARIZONA
KELLY S. WALTERS
COMMISSION #256877
MY COMM EXPIRES 12-22-09

Amanda Dunafon
Registered Process Server
License # 200600006

The foregoing was sworn to me this 23 day of November, 2007

_____
Notary Public

SERVICE CHARGES AS AUTHORIZED BY LAW:

Amanda Dunafon
10051 S. Kinjockity Trl.
Hereford, AZ 85615

SERVICE _____
____ MILES at $_____ per mile
MILEAGE _____
NOTARY / PROCESS _____
OTHER: _____
TOTAL: _____