AFFIDAVIT OF SERVICE
BY A
PRIVATE PROCESS SERVER

---

United States District Court)  
                          ) SS.  
Northern District of Illinois)

CASE: 07 C 6535

COURT: Northern District of Illinois  
             Eastern District

DATE FILED/ISSUED: November 16, 2007

PLAINTIFF/ PETITIONER  
Digisound-WIE, Inc.

Vs.

DEFENDANT/ RESPONDENT  
BeStar Technologies, Inc., Dirk De Young,  
Helene De Young, Florian Greiling, and  
Lilli Greiling

I, Amanda Dunafon, hereby swear under oath that I am a duly Registered Process Server in the State of Arizona, and am qualified to serve process in the above matter. That on the **21st** day of **November, 2007**, at **12:05 p.m.**, I received the below described documents from Arthur Sternberg, and that I personally served same upon the person(s) hereinafter named as follows.

CASE # / DOCUMENTS  
07 C 6535 Summons in a Civil Case & Complaint

DATE AND TIME OF SERVICE: 11-21-07 at 1631 hours  
LOCATION OF SERVICE: BeStar Technologies, Inc., 999 Fry Blvd, Ste. 304, Sierra Vista, AZ  
SERVED: Dirk De Young

OFFICIAL NOTARY PUBLIC  
COCHISE COUNTY  
STATE OF ARIZONA  
KELLY S. WALTERS  
COMMISSION #256877  
MY COMM EXPIRES 12-22-09

Amanda Dunafon  
Registered Process Server  
License # 2006000006

The foregoing was sworn to me this 23 day of November, 2007.

Kelly Walters  
Notary Public

SERVICE CHARGES AS AUTHORIZED BY LAW:  
    SERVICE _____  
    ____ MILES at $_____ per mile  
    MILEAGE _____  
Amanda Dunafon  
10051 S. Kinjockity Trl.  
Hereford, AZ 85615  
    NOTARY / PROCESS _____  
    OTHER: _____  
    TOTAL: _____