AFFIDAVIT OF SERVICE
BY A
PRIVATE PROCESS SERVER

United States District Court)　　　　　　　　　CASE: 07 C 6535
　　　　　　　　　　　　　) SS.
Northern District of Illinois )　　　　　　　　　COURT: Northern District of Illinois
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Eastern District

　　　　　　　　　　　　　　　　　　　　　　　DATE FILED/ISSUED: November 16, 2007

PLAINTIFF/ PETITIONER
Digisound-WIE, Inc.


　　　　Vs.

DEFENDANT/ RESPONDENT
BeStar Technologies, Inc., Dirk De Young,
Helene De Young, Florian Greiling, and
Lilli Greiling


I, Amanda Dunafon, hereby swear under oath that I am a duly Registered Process Server in the State of Arizona, and am qualified to serve process in the above matter. That on the **21st** day of **November, 2007**, at **12:05 p.m.**, I received the below described documents from Arthur Sternberg, and that I personally served same upon the person(s) hereinafter named as follows.

CASE # / DOCUMENTS
07 C 6535 Summons in a Civil Case & Complaint


DATE AND TIME OF SERVICE: 11-21-07 at 1631 hours
LOCATION OF SERVICE: BeStar Technologies, Inc., 999 Fry Blvd, Ste. 304, Sierra Vista, AZ
SERVED: BeStar Technologies, Inc. by authorized agent Dirk De Young

OFFICIAL NOTARY PUBLIC
COCHISE COUNTY
STATE OF ARIZONA
KELLY S. WALTERS
COMMISSION #256877
MY COMM EXPIRES 12-22-09

Amanda Dunafon
Registered Process Server
License # 200600006

The foregoing was sworn to me this 23 day of November, 2007.

　　　　　　　　　Kelly Walters
　　　　　　　　　Notary Public

SERVICE CHARGES AS AUTHORIZED BY LAW:　　　SERVICE _____
　　　　　　　　　　　　　　　　　　　　　　　　_____ MILES at $_____ per mile
　　　　　　　　　　　　　　　　　　　　　　　　MILEAGE _____
Amanda Dunafon　　　　　　　　　　　　　　　　NOTARY / PROCESS _____
10051 S. Kinjockity Trl.　　　　　　　　　　　　　OTHER: _____
Hereford, AZ 85615
　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: _____