In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| DIGISOUND-WIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BESTAR TECHNOLOGIES, INC., DIRK DE YOUNG, HELENE DE YOUNG, FLORIAN GREILING, and LILLI GREILING, <br><br> Defendants. | 07 CV 6535 <br><br> Judge Lindberg <br><br> Magistrate Judge Mason |

## Notice of Motion

On Wednesday, December 5, 2007, at 9:30 a.m., I will appear before Judge George W. Lindberg, in courtroom 1425 of U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, and present Plaintiff's Motion to Initiate and Expedite Discovery.

DIGISOUND-WIE, INC.

By: _s/ Arthur Sternberg_
    One of Its Attorneys

Arthur Sternberg
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

# Certificate of Service

Under penalties of perjury provided by law, I state that on November 30, 2007 I caused genuine copies of the foregoing "Notice of Motion" and "Plaintiff's Motion to Initiate and Expedite Discovery" to be delivered via UPS overnight mail for delivery on December 3, 2007 to:

>BeStar Technologies, Inc.
>999 Fry Blvd., Suite 304
>Sierra Vista, AZ  85635
>
>Dirk de Young
>BeStar Technologies, Inc.
>999 Fry Blvd., Suite 304
>Sierra Vista, AZ  85635
>
>Helene de Young
>BeStar Technologies, Inc.
>999 Fry Blvd., Suite 304
>Sierra Vista, AZ  85635

_s/ Arthur Sternberg_

4632924_1