UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Digisound−WIE, Inc.
                                    Plaintiff,

v.                                                                Case No.: 1:07−cv−06535
                                                                Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 3, 2007:

      MINUTE entry before Judge George W. Lindberg :Plaintiff's motion to initiate and expedite discovery [11] is denied without prejudice. Plaintiff has not filed a motion for a temporary restraining order, or a motion for a preliminary injunction. In the complaint, plaintiff seeks injunctive relief as to defendant Dirk de Young in Count I. However, plaintiff does not seek injunctive relief in the other seven counts in the complaint, or as to the remaining four defendants. Accordingly, plaintiffs motion is overly broad and does show that good cause exists to order the requested expedited discovery. No court appearance required on 12/5/2007. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.