IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| | ) |
| Plaintiff, | ) Case No: 07 C 6535 |
| v. | ) |
| | ) Judge George W. Lindberg |
| BESTAR TECHNOLOGIES, INC., DIRK DE YOUNG, HELENE DE YOUNG, FLORIAN GREILING and LILLI GREILING, | ) |
| | ) Magistrate Judge Michael T. Mason |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT BESTAR TECHNOLOGIES, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Defendant BESTAR TECHNOLOGIES, INC., a nongovernmental corporate party, makes the following disclosure pursuant to Federal Rule of Civil Procedure 7.1:

(1) BeStar Technologies, Inc. does not have a parent corporation;

(2) No publicly-owned corporation owns 10% or more of stock in BeStar Technologies, Inc.;

Dated: December 14, 2007.

BESTAR TECHNOLOGIES, INC.

By: /s/ Charmagne Topacio
One of Their Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ct1/422525

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2007, I electronically filed **Defendant BeStar Technologies, Inc.'s Rule 7.1 Corporate Disclosure Statement** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Arthur B. Sternberg
>Susan M. Lorenc
>Thompson, Coburn, Fagel, Haber
>55 East Monroe Street, 40th Floor
>Chicago, IL 60603
>asternberg@tcfhlaw.com
>slorenc@tcfhlaw.com

By: /s/   Charmagne Topacio

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000