# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 12/17/2007 |
| **CASE TITLE** | Digisound-WIE, Inc. v. BESTAR Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

The motion to dismiss [22] is entered and continued. Response due 1/9/08. Reply due 1/16/08. In court ruling on 2/21/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|