## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 12/28/2007 |
| **CASE TITLE** | Digisound-Wie, Inc. v. Bestar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to strike plaintiff's discovery requests and to stay discovery [27] is denied. Discovery should proceed between those parties that have been served.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|