IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Plaintiff, ) | Case No: 07 C 6535 |
| ) | |
| v. ) | |
| ) | **Honorable Judge George W. Lindberg** |
| BESTAR TECHNOLOGIES, INC., DIRK DE ) | |
| YOUNG, HELENE DE YOUNG, FLORIAN ) | Honorable Magistrate Judge Michael T. |
| GREILING and LILLI GREILING, ) | Mason |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Arthur B. Sternberg
      Susan M. Lorenc
      Thompson, Coburn, Fagel, Haber
      55 East Monroe Street, 40th Floor
      Chicago, IL 60603
      asternberg@tcfhlaw.com
      slorenc@tcfhlaw.com

   PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, January 9, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1425 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Defendants Bestar Technologies, Inc.'s, Dirk De Young's and Helene De Young's Motion For Clarification Of Its December 28, 2007 Minute Order**, a copy of which is attached hereto and hereby served upon you.

                                              TRESSLER, SODERSTROM, MALONEY & PRIESS

                                      By:    /s/  Charmagne Topacio
                                              One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed **Defendants' Notice of Motion and Motion For Clarification Of Its December 28, 2007 Minute Order** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Arthur B. Sternberg
>Susan M. Lorenc
>Thompson, Coburn, Fagel, Haber
>55 East Monroe Street, 40th Floor
>Chicago, IL 60603
>asternberg@tcfhlaw.com
>slorenc@tcfhlaw.com


By: /s/ Charmagne Topacio

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ct1/423360