In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| DIGISOUND-WIE, INC., <br><br>  Plaintiff, <br><br> v. <br><br> BESTAR TECHNOLOGIES, INC., DIRK DE YOUNG, HELENE DE YOUNG, FLORIAN GREILING, and LILLI GREILING, <br><br>  Defendants. | 07 CV 6535 <br><br> Judge Lindberg <br><br> Magistrate Judge Mason |

## Notice of Motion

On Wednesday, January 16, 2007, at 9:30 a.m., I will appear before Judge George W. Lindberg, in courtroom 1425 of the U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, and present Agreed Motion for Entry of Protective Order as to Documents Produced by CC Electro Sales, Inc. Pursuant to Subpoena Duces Tecum.

DIGISOUND-WIE, INC.

By:  s/ Arthur Sternberg
     One of Its Attorneys

Arthur Sternberg
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

# Certificate of Service

Under penalties of perjury provided by law, I state that on January 11, 2007, I caused genuine copies of the foregoing "Notice of Motion" and "Agreed Motion for Entry of Protective Order as to Documents Produced by CC Electro Sales, Inc. Pursuant to Subpoena Duces Tecum" to be to be deposited U.S. mail with proper postage prepaid and mailed to:

>   Dan Beederman
>   Schoenberg, Finkel, Newman & Rosenberg, LLC
>   222 South Riverside Plaza
>   Suite 2100
>   Chicago, IL  60606-6308


  s/ Arthur Sternberg

4655650_1