In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| DIGISOUND-WIE, INC., <br><br> Plaintiff, <br><br> v. <br><br> BESTAR TECHNOLOGIES, INC., DIRK DE YOUNG, HELENE DE YOUNG, FLORIAN GREILING, and LILLI GREILING, <br><br> Defendants. | 07 CV 6535 <br><br> Judge Lindberg <br><br> Magistrate Judge Mason |

## Notice of Motion

On Wednesday, February 6, 2008, at 9:30 a.m., I will appear before Judge George W. Lindberg, in courtroom 1425 of the U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, and present Agreed Motion for Entry of Stipulated Protective Order.

DIGISOUND-WIE, INC.

By: _s/ Arthur Sternberg_
     One of Its Attorneys

Arthur Sternberg
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235

4655650.1