# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07-C-6535

**Digisound-WIE, Inc. v. BeStar Technologies, Inc., et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Florian Greiling and Lilli Greiling**

| | |
|---|---|
| NAME (Type or print) | **Daniel R. Formeller** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | **s/ Daniel R. Formeller** |
| FIRM | **Tressler, Soderstrom, Maloney & Priess LLP** |
| STREET ADDRESS | **Sears Tower, 22nd Fl.** <br> **233 S. Wacker Drive.** |
| CITY/STATE/ZIP | **Chicago, Illinois 60606** |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **849162** | TELEPHONE NUMBER **(312) 627-4000** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

Ctl/425989