# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number:     **07-C-6535**

**Digisound-WIE, Inc. v. BeStar Technologies, Inc., et al.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants Florian Greiling and Lilli Greiling**

| | |
|---|---|
| NAME (Type or print)      **Charmagne Topacio** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>**s/ Charmagne Topacio** | |
| FIRM      **Tressler, Soderstrom, Maloney & Priess LLP** | |
| STREET ADDRESS      **Sears Tower, 22nd Fl.**<br>**233 S. Wacker Drive.** | |
| CITY/STATE/ZIP      **Chicago, Illinois 60606** | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6278610** | TELEPHONE NUMBER      **(312) 627-4000** |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?      YES ☐      NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?      YES ☐      NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ☐      NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?      YES ☐      NO ☒ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

Ctl/426448