CT1/426390 8207-1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| | ) Case No: 07 C 6535 |
| Plaintiff, | ) |
| v. | ) Judge George W. Lindberg |
| | ) |
| BESTAR TECHNOLOGIES, INC., et al., | ) Magistrate Judge Michael T. Mason |
| | ) |
| Defendants. | ) |

**DEFENDANTS FLORIAN GREILING'S AND LILLI GREILING'S
MOTION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, Florian Greiling and Lilli Greiling, by and through their counsel, Tressler, Soderstrom, Maloney & Priess, LLP, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move this Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint and in support thereof state as follows:

1. The Greilings are citizens and residents of Germany. Just recently on January 30, 2008, the Greilings were served with summons and Plaintiff's Complaint in Germany.

2. The Greilings have recently retained counsel to represent them in this matter. Defense counsel will be filing their appearance on behalf of the Greilings in this matter contemporaneously with this Motion.

3. The Greilings responsive pleading to the Complaint is currently due on February 19, 2008.

4. In order to properly analyze the issues and address this matter with their counsel from their location in Germany, the Greilings request an extension of time to file their responsive pleading. Specifically, Defendants Florian Greiling and Lilli Greiling request an extension to March 19, 2008 to file their responsive pleading to the Complaint.

WHEREFORE, Defendants FLORIAN GREILING and LILLI GREILING respectfully request that this Court grant their Motion and enter an Order allowing them to answer or otherwise respond to Plaintiff's Complaint by March 19, 2008.

FLORIAN GREILING and LILLI GREILING

By: /s/ Charmagne Topacio
     One of Their Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000