IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| | ) Case No: 07 C 6535 |
| Plaintiff, | ) |
| v. | ) Honorable Judge George W. Lindberg |
| | ) |
| BESTAR TECHNOLOGIES, INC., et al., | ) Honorable Magistrate Judge Michael T. |
| | ) Mason |
| Defendants. | ) |

### NOTICE OF MOTION

TO:  Arthur B. Sternberg
  Susan M. Lorenc
  Thompson, Coburn, Fagel, Haber
  55 East Monroe Street, 40th Floor
  Chicago, IL 60603
  asternberg@tcfhlaw.com
  slorenc@tcfhlaw.com

   PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, February 20, 2008, at 9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1425 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 shall then and there present **Defendants Florian Greiling's and Lilli Greiling's Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint**, a copy of which is attached hereto and hereby served upon you.

TRESSLER, SODERSTROM, MALONEY & PRIESS

By:  /s/  Charmagne Topacio
   One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed **Defendants' Florian Greiling's and Lilli Greiling's Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint** and a **Notice of Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to the following:

>Arthur B. Sternberg
>Susan M. Lorenc
>Thompson, Coburn, Fagel, Haber
>55 East Monroe Street, 40th Floor
>Chicago, IL 60603
>asternberg@tcfhlaw.com
>slorenc@tcfhlaw.com


By: /s/ Charmagne Topacio

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ct1/426449

2