**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Digisound−WIE, Inc.
                              Plaintiff,

v.                                        Case No.: 1:07−cv−06535
                                          Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

MINUTE entry before Judge George W. Lindberg : Defendants Florian Grelings and Lilli Greilings motion for extension of time to answer or otherwise respond to plaintiff's complaint is granted. The date for to answer or otherwise respond to plaintiff's complaint is extended to 3/19/2008. No court appearance required on 2/20/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.