**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Digisound−WIE, Inc.
                                  Plaintiff,

v.                                                 Case No.: 1:07−cv−06535
                                                Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 20, 2008:

      MINUTE entry before Judge George W. Lindberg : The status hearing scheduled for 2/21/2008 is stricken and reset to 3/26/2008 at 9:30a.m. No court appearance required on 2/21/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.