Case 1:07-cv-06535   Document 56-3   Filed 03/04/2008   Page 1 of 2
01/06/2007 08:12   Case 1:07-cv-06535   Document 1-3   Filed 11/16/2007   Page 1 of 2

JUDGE LINDBERG
MAGISTRATE JUDGE MASON

07 C 6535

# DIGISOUND-WIE

**DIGISOUND-WIE, Inc.**  
7402 W. Garfield Ave.  
Wauwatosa, WI 53213

Tel: 414-774-3220  
Fax: 414-774-3221  
Cell: 414-350-7341  
E-mail: sales@digisound-wie.com

To: Helene de Young  
7402 W. Garfield Ave.  
Wauwatosa, WI 53213

From: Florian Greiling, President            Date: 5-31-2004

Subject: Employment offer, Customer Service Manager

Dear Helene:

You are hereby offered the position of Customer Service Manager for Digisound-WIE, Inc. The details of the Job Description, Duties and Responsibilities are listed below, understanding that since this is a start up situation occasionally tasks required may go above and beyond the formal description.

Employment Status:
This is a full time, salaried position; there is no provision for overtime, or comp time.

Compensation:
Salary: $33,000.00/year, paid bi-monthly
Vacation: 20 days paid vacation
Holidays: The 10 standard USA Holiday days.

Special provision mentioned here: In that the de Young family is losing their medical coverage with Helene's departure from her position with the Medical College of Wisconsin, a contribution of $800.00/month will be paid towards the cost of obtaining an adequate medical insurance. This will be paid starting on June 30, 2004 and will continue to be paid on the 30th day of each month until Digisound-WIE, Inc. is able to transition to a group medical insurance coverage for all full time employees or until such employment is terminated. Digisound-WIE, Inc. may demand proof that at least $800.00/month is being spent on Medical Insurance coverage for the de Young family.

Starting date: June 7, 2004
Notice period by either party to this employment agreement is a minimum of 30 days with written notice by certified mail to the corporate address of Digisound-WIE, Inc., or to the present domicile of the employee.



EXHIBIT B

Case 1:07-cv-06535 Document 56-3 Filed 03/04/2008 Page 2 of 2
Case 1:07-cv-06535 Document 1-3 Filed 11/16/2007 Page 2 of 2
01/05/2007 08:12 00000000000000 BDGJMPTWM 02/02

This agreement is subject to the Laws governing employment in the State of Wisconsin, but may transition to another State in the case of relocation of Digisound-WIE, Inc. operations. This agreement is subject to all standard employee policies of Digisound-WIE, Inc., which can be found in the employment contract of Dirk de Young regarding travel expense, non-compete clause, ethics, etc.

**Job Title:** Customer Service Manager

**Job Description:**
Processes orders and all commercial documentation, prepares correspondence, and fulfills customer needs to ensure customer satisfaction. Relies on experience and judgment to plan and accomplish goals. Performs a variety of complicated tasks. Reports to: Director of Sales and Marketing. A wide degree of creativity and latitude are expected. Coordinates customer communications in the absence of the Director of Sales and Marketing.

**Specific tasks:**
-Manage customer release schedules, EDI interface, issues ASNs.
-Manage purchase orders to and delivery schedules from internal suppliers.
-Manages Office Supplies. Submits office operating expenses to accounting monthly.
-Manages and distributes Marketing Collateral Materials.
-Establish QS9000 compliant document control system.
-Controls and submits freight invoices to accounting.
-Controls and submits invoices from internal suppliers to accounting.
-Communicates with Forwarders in order to assure timely customer deliveries.
-Prepares customer offers by direction of Sales Director.
-Prepares customer support documentation by direction of Sales Director.
-Supports requests from Field Sales for Samples and Technical Documentation.
-Supports collection activities.
-Occasional travel to customer sites to establish working relations.
-Occasional travel to support trade shows and commercial events.
-Assists in preparing reporting requirements.
-Coordinates Travel arrangements.
-Supports liaison with Global Divisions.
-Will establish and manage a Component Distribution Activity to support our Distributor and Catalog House Customers, under the direction of the Director of Sales & Marketing.
-Support other misc. activities according to the needs of the business.

For Digisound-WIE, Inc.

Florian Grelling
President
Date: _____

**Employee:**

Helene de Young
Date: _____