**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Digisound−WIE, Inc.
                              Plaintiff,

v.                                               Case No.: 1:07−cv−06535
                                               Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge George W. Lindberg : MOTION by Plaintiff Digisound−WIE, Inc. to compel Compliance with First Request to Produce is granted. Compliance to be completed by 3/14/2008. Status hearing set for 3/19/2008 at 9:30a.m.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.