## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 3/6/2008 |
| **CASE TITLE** | Digisound-WIE, Inc. v. BeStar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to join additional defendant [59] is granted. Plaintiff's motion for reassignment of related case [57] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|