AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Digisound-WIE, Inc.,
Plaintiff,

CASE NUMBER:  07 C 6535

V.

ASSIGNED JUDGE:  Lindberg

BeStar Technologies, Inc., Dirk de Young, Helene de Young, Florian Greiling, and Lilli Greiling,
Defedants.

DESIGNATED
MAGISTRATE JUDGE:  Mason

TO: (Name and address of Defendant)

CC Electro Sales, Inc.
715 N. Senate Avenue
Indianapolis, IN  46202-3111

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Arthur Sternberg
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NADINE FINLEY
_____
(By) DEPUTY CLERK

MAR 1 0 2008
_____
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  3-12-08 |
| NAME OF SERVER (PRINT)  SHARON L. HOFER | TITLE  P.I |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 715 N. SENATE AVENUE INDPLS. IN. 46202.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: CAROL COHEN

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-12-08
Date

Signature of Server: Sharon L. Hofer

Address of Server: 2808 Lakeshire Lane, Indpls, In 46268

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.