CT1/429029                                                                                                                                                      8207-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
|                 Plaintiff, | ) Case No: 07 C 6535 |
| v. | ) Judge George W. Lindberg |
| BESTAR TECHNOLOGIES, INC., et al., | ) Magistrate Judge Michael T. Mason |
|                 Defendants. | ) |

## DEFENDANTS FLORIAN GREILING'S AND LILLI GREILING'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants, Florian Greiling and Lilli Greiling, by and through their counsel, Tressler, Soderstrom, Maloney & Priess, LLP, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure move this Court for an extension of time to respond to Plaintiff's Amended Complaint and in support thereof state as follows:

1. The Greilings are citizens and residents of Germany. On January 30, 2008, the Greilings were served with a translated summons and Plaintiff's initial complaint under the Hague Convention in Germany.

2. On March 3, 2008, Plaintiff filed an Amended Complaint, which included additional causes of action and an additional defendant. The Greilings responsive pleading to the Complaint is, therefore, currently due on March 24, 2008.

3. In order to appropriately deal with language translation issues and properly address this matter with their counsel from their location in Germany, the Greilings request an approximate one-week extension of time to file their responsive pleading. Specifically, Defendants Florian Greiling and Lilli Greiling request an extension to April 1, 2008 to file their responsive pleading to the Amended Complaint.

2

WHEREFORE, Defendants FLORIAN GREILING and LILLI GREILING respectfully request that this Court grant their Motion and enter an Order allowing them to file their responsive pleading to Plaintiff's Amended Complaint by April 1, 2008.

FLORIAN GREILING and LILLI GREILING

By: /s/ Charmagne Topacio<br>One of Their Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000