# EXHIBIT "A"

Case 1:07-cv-06535　　Document 76-2　　Filed 03/26/2008　　Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6535 |
| BESTAR TECHNOLOGIES, INC., et al., | ) Judge George W. Lindberg |
| Defendants. | ) Magistrate Judge Michael T. Mason |

### AFFIDAVIT OF FLORIAN GREILING

I, Florian Greiling, under penalties of perjury under the laws of the United States of America, depose and state that I have personal knowledge of the matters stated herein, that the following is true and correct, and if called as a witness would competently testify as follows:

1. I am over 18 years of age. I am a citizen and resident of Germany.

2. This Affidavit is prepared in connection with Defendant Florian Greiling's and Lilli Greiling's Motion To Dismiss For Lack of Personal Jurisdiction.

3. I was formerly the Managing Director of Digisound-Electronic GmbH, a German corporation, until on or about May 25, 2007.

4. I was served with summons and Plaintiff's Complaint in relation to the above-titled lawsuit in Germany on January 30, 2008.

5. I do not have any ownership interest in Defendant BeStar Technologies, Inc.

6. I am not a resident of the State of Illinois and do not conduct business in the State of Illinois.

7. I do not have any offices, agents, employees, telephone listings, bank accounts, property, or assets in the State of Illinois.

1


EXHIBIT A

8. I have not conducted systematic or continuous business activity in the State of Illinois presently or at the times relevant to Plaintiff's Amended Complaint.

9. I have been domiciled in Germany during all relevant times to this lawsuit.

10. I was never in the State of Illinois during all relevant times to this lawsuit.

11. I have not expressly consented to being sued in the State of Illinois.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 26. März 2008

Florian Greiling

2