## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 3/25/2008 |
| **CASE TITLE** | Digisound-WIE, Inc. Vs. BESTAR Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Response(s) due 4/11/2008 to defendants' motions to dismiss (71 and 73). Reply(s) to the motions to dismiss due 4/18/2008. Ruling set for 5/21/2008 at 9:30a.m. No court appearance required on 4/2/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|