CT1/429208                                                                                                              8207-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| | ) Case No: 07 C 6535 |
| Plaintiff, | ) |
| v. | ) Judge George W. Lindberg |
| | ) |
| BESTAR TECHNOLOGIES, INC., et al., | ) Magistrate Judge Michael T. Mason |
| | ) |
| Defendants. | ) |

### DEFENDANTS FLORIAN GREILING'S AND LILLI GREILING'S MOTION FOR LEAVE TO SUBSTITUTE EXHIBITS TO THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, *INSTANTER*

Defendants, Florian Greiling and Lilli Greiling ("the Greilings"), by and through their counsel, Tressler, Soderstrom, Maloney & Priess, LLP, move this Court for leave to substitute Exhibits A and B to their motion to dismiss Plaintiff's Amended Complaint for lack of jurisdiction, *instanter*.

1. The Greilings are citizens and residents of Germany.

2. On March 24, 2008, the Greilings timely filed their motion to dismiss Plaintiff's Amended Complaint for lack of personal jurisdiction.

3. Defense counsel was unable to obtain executed versions of the Greilings' respective affidavits from their location in Germany prior to filing their motion to dismiss. As such, defense counsel attached unexecuted affidavits, Exhibits A and B, to the Greilings' motion, stating in the Motion that they would seasonably substitute the exhibits with executed documents when obtained.

4. Defense counsel recently obtained executed copies of the Greilings affidavits, attached hereto as Exhibits A and B to this Motion. The executed documents are identical to the unexecuted documents that were originally filed.

~~5. The Greilings, therefore, request leave to substitute the unexecuted affidavits with~~ the executed documents attached hereto as Exhibit A and B, *instanter*.

WHEREFORE, Defendants FLORIAN GREILING and LILLI GREILING respectfully request that this Court grant their Motion and enter an Order allowing them leave to substitute Exhibits A and B to their Motion To Dismiss with the signed exhibits attached hereto as Exhibits A and B, *instanter*.

                                            FLORIAN GREILING and LILLI GREILING

                                            By: /s/ Charmagne Topacio
                                                  One of Their Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
(312) 627-4000