# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6535 |
| BESTAR TECHNOLOGIES, INC., et al., | ) Judge George W. Lindberg |
| Defendants. | ) Magistrate Judge Michael T. Mason |

### AFFIDAVIT OF LILLI GREILING

I, Lilli Greiling, under penalties of perjury under the laws of the United States of America, depose and state that I have personal knowledge of the matters stated herein, that the following is true and correct, and if called as a witness would competently testify as follows:

1. I am over 18 years of age. I am a citizen and resident of Germany.

2. This Affidavit is prepared in connection with Defendant Florian Greiling's and Lilli Greiling's Motion To Dismiss For Lack of Personal Jurisdiction.

3. I was served with summons and Plaintiff's Complaint in relation to the above-titled lawsuit in Germany on January 30, 2008.

4. I am not a resident of the State of Illinois and do not conduct business in the State of Illinois.

5. I have never been to the State of Illinois.

6. I do not have any offices, agents, employees, telephone listings, bank accounts, property, or assets in the State of Illinois.

1



EXHIBIT B

7. I have not conducted systematic or continuous business activity in the State of Illinois presently or at the times relevant to Plaintiff's Amended Complaint.

8. I have been domiciled in Germany during all relevant times to this lawsuit.

9. I have not expressly consented to being sued in the State of Illinois.

10. I am a shareholder of BeStar Technologies, Inc. an Arizona corporation with its principal place of business located in Arizona.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: 06/03/ , 2008

_____
Lilli Greiling