## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 4/4/2008 |
| **CASE TITLE** | Digisound-Wie, Inc. Vs. Bestar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants Florian Greiling's and Lilli Greiling's motion for protective order related to plaintiff's discovery requests [79] is denied. The court will not stay discovery pending resolution of defendants' motion to dismiss. The Federal Rules of Civil Procedure, not the Hague Convention, will govern discovery in this case. To the extent defendants contend that plaintiff's discovery requests are overbroad, they must provide the court with specific examples. General allegations will not suffice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|