# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                      Case Number: 07 CV 6535

DIGISOUND-WIE, INC., v. BESTAR TECHNOLOGIES, INC., et al.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CC ELECTRO SALES, INC.


| NAME (Type or print) |  |
|---|---|
| Daniel E. Beederman |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Daniel E. Beederman | |
| FIRM | |
| Schoenberg Finkel Newman & Rosenberg, LLC | |
| STREET ADDRESS | |
| 222 S. Riverside Plaza #2100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03121545 | 312-648-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |