IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DIGISOUND-WIE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 CV 6535 |
| | ) | |
| BESTAR TECHNOLOGIES, INC. et al. | ) | Judge Lindberg |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:    Arthur B. Sternberg              Daniel R. Formeller
       Susan M. Lorenc                  James K. Borcia
       Thompson, Coburn, Fagel, Haber   Charmagne Topacio
       55 East Monroe St., 40th Floor   Tressler, Soderstrom, Maloney & Priess, LLP
       Chicago, IL 60603                233 South Wacker Drive, 22nd Floor
                                        Chicago, IL 60606

**PLEASE TAKE NOTICE** that, unless otherwise instructed by the Court, on April 16, 2008 at 9:30 a..m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg, or any Judge sitting in his stead in Courtroom 1425 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant CC Electro Sales, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Amended Complaint,** a copy of which is attached and hereby served on you.

Daniel E. Beederman
Adam J. Glazer
David S. Makarski
Schoenberg Finkel Newman & Rosenberg, LLC
222 S. Riverside Plaza, Ste. 2100
Chicago, IL 60606-6101
(312) 648-2300

## CERTIFICATE OF SERVICE

TO:    Arthur B. Sternberg                   Daniel R. Formeller
        Susan M. Lorenc                     James K. Borcia
        Thompson, Coburn, Fagel, Haber    Charmagne Topacio
        55 East Monroe St., 40th Floor        Tressler, Soderstrom, Maloney & Priess, LLP
        Chicago, IL 60603                 233 South Wacker Drive, 22nd Floor
                                                          Chicago, IL 60606

        Daniel E. Beederman, one of the attorneys for Defendant CC Electro Sales, Inc., hereby certifies that he caused a copy of the attached **Notice of Motion** and the accompanying **Defendant CC Electro Sales, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Amended Complaint** to be served on the above identified counsel, using the court's CM/ECF system, on the 7th day of April, 2008.  Counsel certifies that all documents required to be served by Rule 5(a), Fed. R. Civ. P., have been served.

                                                                      /s/ Daniel E. Beederman