U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

DIGISOUND-WIE, INC., v. BESTAR TECHNOLOGIES, INC., et al.

Case Number: 07 CV 6535

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
CC ELECTRO SALES, INC.

| NAME (Type or print) |   |
| --- | --- |
| Adam J. Glazer |   |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Adam J. Glazer | |
| FIRM | |
| Schoenberg Finkel Newman & Rosenberg, LLC | |
| STREET ADDRESS | |
| 222 S. Riverside Plaza #2100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6199294 | 312-648-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |