U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DIGISOUND-WIE, INC., v. BESTAR TECHNOLOGIES, INC., et al. | Case Number: 07 CV 6535 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CC ELECTRO SALES, INC.

| | |
|---|---|
| NAME (Type or print)<br>David S. Makarski | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David S. Makarski | |
| FIRM<br>Schoenberg Finkel Newman & Rosenberg, LLC | |
| STREET ADDRESS<br>222 S. Riverside Plaza #2100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6237604 | TELEPHONE NUMBER<br>312-648-2300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |