## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 4/8/2008 |
| **CASE TITLE** | Digisound-Wie, Inc. v. Bestar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant CC Electro Sales, Inc.'s unopposed motion for extension of time to answer or otherwise plead to the amended complaint [84] is granted. Defendant CC Electro Sales, Inc. is given until 4/23/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|