# Exhibit B

**From:** James K. Borcia [jborcia@tsmp.com]
**Sent:** Wednesday, April 09, 2008 9:46 AM
**To:** Sternberg, Arthur B.
**Cc:** Lorenc, Susan M.; Murphy, Nancy I.; Charmagne Topacio
**Subject:** RE: Greilings' Response to First Request to Produce

thur -- I recently had surgery and cannot meet this week -- lets try to meet next week -- let me know when you are available

-----Original Message-----
**From:** Sternberg, Arthur B. [mailto:ASternberg@tcfhlaw.com]
**Sent:** Friday, April 04, 2008 5:22 PM
**To:** James K. Borcia; Charmagne Topacio
**Cc:** Lorenc, Susan M.; Murphy, Nancy I.
**Subject:** Greilings' Response to First Request to Produce

In light of Judge Lindberg's order denying your motion for a protective order, I request a meeting early next week to attempt to resolve the objections that you have posed to each of our 11 requests.

I also ask that you clarify whether you have responsive documents and/or data that you will, subject to the objections you have posed, produce next week.

**Arthur B. Sternberg**
asternberg@tcfhlaw.com
P: 312.580.2235
F: 312.782.1997
M: 630.247.4065

**Thompson Coburn Fagel Haber**
55 East Monroe Street
40th Floor
Chicago, IL 60603
www.tcfhlaw.com
Thompson Coburn LLP d/b/a
Thompson Coburn Fagel Haber

Thompson Coburn LLP CONFIDENTIALITY NOTE: This electronic message is from a law firm. It is intended solely for the use of the recipient(s) to whom it is addressed and might contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error b reply e-mail.

Thompson Coburn LLP IRS Tax DISCLOSURE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intend or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

In addition, unless expressly stated in writing, any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used to (i) support any position taken on any tax or information return, (ii) support a determination that any such position satisfies any return preparation standard or (iii) avoid any penalties arisi from any such position. In addition, you are cautioned to determine (i) whether, in order to avoid certain penalties, applicable law other IRS guidance requires disclosure of any such position on such return and (ii) if disclosure is warranted, the required form of such disclosure.