# Exhibit C

| | |
|---|---|
| **From:** | dirk |
| **Sent:** | Thursday, November 15, 2007 11:30 AM |
| **To:** | florian.greiling@email.de; 'helene'; 'BeStar Acoustics ' |
| **Cc:** | floriangreiling@freenet.de |
| **Subject:** | RE: meetings in USA |

Dear David and Florian,

Visit update:

I have confirmed three tickets from Tucson to Chicago for Monday a.m.

As mentioned before we are confirmed with Matt and Carol on Tuesday evening and may take some time in the office on Tuesday afternoon for business update discussions before dinner.

Ellen is working on whether it might be possible to meet with someone from Roche on Tuesday afternoon.

Should I book a one way return flight for Florian to Chicago from Indy for Wed. a.m.?

We are confirmed with Floyd Bell in Columbus on Wednesday 10:00am and lunch and Jon is checking on Tim Kaiser from Invensys for Wed. afternoon. We will drive up to Detroit later on Wed. afternoon.

We are setting up visits in Detroit with following as possible:

Ford
Visteon
Valeo
New Business opportunities
Dinner with Matt

It doesn't appear necessary to visit WP at this time, things are going pretty well.

We will most likely drive back to Chicago on Friday, so David can schedule his return flight for later Friday afternoon, or Saturday a.m.

Please confirm soonest your arrival and departure information, so I can continue building the trip.

Best regards, Dirk

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 12, 2007 3:36 AM
To: helene; 'BeStar Acoustics '
Cc: florian.greiling@email.de; floriangreiling@freenet.de
Subject: RE: meetings in USA

DEF-EDOC 000008

Dear All,
of course I can join for a meeting with Carol and Matt. But prefer not to visit any customers at this stage.
Best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000009

**From:** BeStar Acoustics
**Sent:** Friday, November 9, 2007 4:29 AM
**To:** 'dirk'; 'helene'; florian.greiling@email.de
**Subject:** RE: CC-Electro

Hi Dear Mr. Dirk

I will check again my schedule to let you know tomorrow
which date is convenence for both of us

thank you

with very best regrda
David WU


-----Original Message-----
From: dirk [mailto:sales@bestartech.com]
Sent: Friday, November 09, 2007 6:09 AM
To: 'helene'; florian.greiling@email.de; wu@be-star.com
Subject: RE: CC-Electro

Dear David, Florian:

I checked with Matt and they have now decided to postpone the trip to
Germany until the 1st Quarter of 08, thus please feel free to schedule your
visit during the week of 10 December if necessary. He is in agreement with
my suggestions regarding customers and as soon as you advise your available
time, we will put together a good schedule.

best regards, Dirk

-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Thursday, November 08, 2007 10:21 AM
To: florian.greiling@email.de; sales@bestartech.com; wu@be-star.com
Subject: RE: CC-Electro

Dear Florian,

Can you fix your visit dates to come to US before the week of the 10th? It
would be valuable for the team to visit WP,FB,Invensys,etc. in conjunction
with discussions regarding cooperation with CC Electro.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----

From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Wednesday, November 07, 2007 8:35 AM
To: sales@bestartech.com; wu@be-star.com
Subject: CC-Electro

Dear David,
dear Dirk,
I just received a call from Carol. She and Matt will come over to Germany in December.
They will visit the week beginning December 10th. They want to meet with me and of
course I agreed. This requires some changes in the plans we had so far. Please let me
have your suggestions. I will also need a full update about the CC-projects, especially
those which do not run according to Matts or Carols expectations. This might be a good
opportunity to calm things down.
Thanks and best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

| | |
|---|---|
| **From:** | BeStar Acoustics |
| **Sent:** | Saturday, November 10, 2007 4:21 AM |
| **To:** | 'helene'; florian.greiling@email.de; sales@bestartech.com |
| **Subject:** | meetings in USA |

Hello Dear Dirk

any of week 50 and week 51 is fine for me
because I have customer visit untill 11Dec
week 51 is better fo rme

Dear Greling
please double check your time schedule
and then I have to book flight ticket if date fixed

Can we meet in first in San Francisco that fly to TACSON together ?
what is your suggestion ,Dirk ?

I know it will close to Christmas holiday if late

with very best regadr
WU YIFEI


-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Tuesday, November 06, 2007 5:59 AM
To: florian.greiling@email.de; sales@bestartech.com
Cc: wu@be-star.com
Subject: RE: meetings

Hi Florian, David:

We should for sure visit:

Floyd Bell
Invensys
Whirlpool
International Truck

And also possibly:

Visteon
Valeo
Roche

It would take at least 4 days to cover these.

I think we should plan to meet with Matt and Carol during the above travels,
e.g. dinner in Indianapolis with Carol and Detroit with Matt.

DEF-EDOC 000004

We will work out the itinerary with CC Electro.

Depending on works best for you and David travel wise, we could meet in AZ on the front or back end of the above. I suggest allowing one day for meetings and half day for recovery/fun activities. Both of you can arrive the same calendar day as your departure, but it is a long day. Perhaps you can leave on a Saturday, thus allowing Sunday to recover.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 05, 2007 3:18 AM
To: sales@bestartech.com
Cc: wu@be-star.com
Subject: meetings

Dear Dirk,
I just spoke to David regarding the December meeting. We did not make any bookings so far.
Do you want David to see the likes of FB, Motorola...?
We also think that we should invite Matt for a day or two.
How many days should we spend in AZ?
Please let me have your suggestions.
Thanks and best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg