# Exhibit D

In the United States District Court
For the Northern District of Illinois
Eastern Division

DIGISOUND-WIE, INC.,

      Plaintiff,

    v.

BESTAR TECHNOLOGIES, INC., et al.,

      Defendants.

07 C 6535

Judge Lindberg

# Affidavit of Michael Zeich

I, Michael Zeich, state under penalties of perjury that I have personal knowledge of the following:

1.    I have been employed by Digisound-Electronic GmbH since July 1999 and am its Director of Operations. As such, I am responsible for managing and purchasing of Digisound-Electronic GmbH's operations and have personal knowledge of Florian Greiling's involvement in Digisound-WIE.

2.    Digisound-Electronic GmbH formed Digisound-WIE as an Illinois corporation formed on August 27, 2001 as the sales arm for its joint venture with BeStar Electronics. From then to May 31, 2007, Greiling served as Digisound-WIE's CEO, President and Treasurer. As such, Greiling was responsible for managing Digisound-WIE's U.S. operations, including hiring, supervising, and firing U.S. employees, meeting with Digisound-WIE's customers in the U.S., and reviewing contracts and key documents sent to him from the U.S., including but not limited to Digisound-WIE's weekly activity reports, sales reports, and forecasts. Throughout that time and continuing to the present, Digisound-WIE's principal office has been located in Libertyville, Illinois. He traveled to the U.S., including Illinois, ten times on behalf of Digisound-WIE.

3.    The following documents attached to my affidavit are a sample of systematic and continuous activity by Greiling in connection with the U.S. and the State of Illinois:

a.    On May 31, 2004, Florian Greiling sent an offer letter to Helene de Young offering her a position with Digisound-WIE at its Illinois office. A genuine copy of the offer letter is attached hereto as Attachment 1.

b.    On November 8, 2005, Greiling sent Dirk de Young an email insisting that de Young send him reports on current Digisound-WIE projects. A true and correct copy of the November, 2005 email is attached hereto as Attachment 2.

c.    On January 6, 2006, Greiling again emailed Dirk de Young, requesting an overview of Digisound-WIE's projects and activities. A genuine copy of the January, 2006 email is attached hereto as Attachment 3.

d.    On July 6, 2006, Greiling and de Young emailed each other about various management issues with Digisound-WIE. A genuine copy of the July, 2006 email is attached hereto as Attachment 4.

e.    On October 23, 2006, Greiling and de Young again emailed each other regarding Digisound-WIE's financial state. A genuine copy of the October 23, 2006 email is attached hereto as Exhibit 5.

f.    On November 14, 2006, Greiling emailed de Young, inquiring as to why he did not receive the profit report from him. A genuine copy of the November 14, 2006 email is attached hereto as Attachment 6.

g.    On February 27, 2007, Greiling emailed de Young, requesting "the weekly activity report plus the requested strategy paper." A genuine copy of the February 27, 2007 email is attached hereto as Attachment 7.

Michael Zeich

Attachment 1

# DIGISOUND-WIE

**DIGISOUND-WIE, Inc.**
7402 W. Garfield Ave.
Wauwatosa, WI 53213

Tel:    414-774-3220
Fax:    414-774-3221
Cell:   414-350-7341
E-mail: sales@digisound-wie.com

To:  Helene de Young
7402 W. Garfield Ave.
Wauwatosa, WI 53213

**From:** Florian Greiling, President          **Date:** 5-31-2004

Subject:  Employment offer, Customer Service Manager

Dear Helene:

You are hereby offered the position of Customer Service Manager for Digisound-WIE,
Inc. The details of the Job Description, Duties and Responsibilities are listed below,
understanding that since this is a start up situation occasionally tasks required may go
above and beyond the formal description.

Employment Status:
This is a full time, salaried position; there is no provision for overtime, or comp time.

Compensation:
Salary: $33,000.00/year, paid bi-monthly
Vacation:  20 days paid vacation
Holidays: The 10 standard USA Holiday days.

Special provision mentioned here:  In that the de Young family is losing their medical
coverage with Helene's departure from her position with the Medical College of
Wisconsin, a contribution of $800.00/month will be paid towards the cost of obtaining an
adequate medical insurance.  This will be paid starting on June 30, 2004 and will
continue to be paid on the 30th day of each month until Digisound-WIE, Inc. is able to
transition to a group medical insurance coverage for all full time employees or until such
employment is terminated. Digisound-WIE, Inc. may demand proof that at least
$800.00/month is being spent on Medical Insurance coverage for the de Young family.

Starting date:  June 7, 2004
Notice period by either party to this employment agreement is a minimum of 30 days
with written notice by certified mail to the corporate address of Digisound-WIE, Inc., or
to the present domicile of the employee.

This agreement is subject to the Laws governing employment in the State of Wisconsin, but may transition to another State in the case of relocation of Digisound-WIE, Inc. operations. This agreement is subject to all standard employee policies of Digisound-WIE, Inc., which can be found in the employment contract of Dirk de Young regarding travel expense, non-compete clause, ethics, etc.

**Job Title:**    Customer Service Manager

**Job Description:**
Processes orders and all commercial documentation, prepares correspondence, and fulfills customer needs to ensure customer satisfaction. Relies on experience and judgment to plan and accomplish goals. Performs a variety of complicated tasks. Reports to: Director of Sales and Marketing. A wide degree of creativity and latitude are expected. Coordinates customer communications in the absence of the Director of Sales and Marketing.

**Specific tasks:**
-Manage customer release schedules, EDI interface, issues ASNs.
-Manage purchase orders to and delivery schedules from internal suppliers.
-Manages Office Supplies. Submits office operating expenses to accounting monthly.
-Manages and distributes Marketing Collateral Materials.
-Establish QS9000 compliant document control system.
-Controls and submits freight invoices to accounting.
-Controls and submits invoices from internal suppliers to accounting.
-Communicates with Forwarders in order to assure timely customer deliveries.
-Prepares customer offers by direction of Sales Director.
-Prepares customer support documentation by direction of Sales Director.
-Supports requests from Field Sales for Samples and Technical Documentation.
-Supports collection activities.
-Occasional travel to customer sites to establish working relations.
-Occasional travel to support trade shows and commercial events.
-Assists in preparing reporting requirements.
-Coordinates Travel arrangements.
-Supports liaison with Global Divisions.
-Will establish and manage a Component Distribution Activity to support our Distributor and Catalog House Customers, under the direction of the Director of Sales & Marketing.
-Support other misc. activities according to the needs of the business.

**For Digisound-WIE, Inc.**                          **Employee:**



Florian Grelling                                    Helene de Young
President                                           Date: _____
Date: _____

# Attachment 2

**From:** Hr.Greiling

**Sent:** Tuesday, November 08, 2005 9:34 AM

**To:** Dirk de Young

**Cc:** Hr.Zeich

**Subject:** AW: Digisound-WIE Activity Update

Dear Mr. de Young,
this time I received war on time. You mention on 2 projects that you send full visit reports to BeStar.
Why does BeStar get reports and I do not even get a copy?
Regarding International I am getting more and more nervous. I gave you my statements earlier. Do you
really think, writing a letter once in a while is enough? This is your most important order, we can not
accept
to lose it. So you have to move walls, or whatever is possible to get positive results. I do not see that you
can catch that back without meetings on all levels.
Best regards
Florian Greiling

-----Ursprüngliche Nachricht-----
**Von:** Dirk de Young [mailto:sales@digisound-wie.com]
**Gesendet:** Dienstag, 8. November 2005 02:22
**An:** 'Hr.Greiling'
**Betreff:** Digisound-WIE Activity Update


Dear Mr. Greiling,

Please find attached our update report for 11-7

Best regards, Dirk de Young

Attachment 3

**From:** Hr.Greiling
**Sent:** Friday, January 06, 2006 2:06 AM
**To:** Dirk de Young
**Cc:** Hr.Zeich
**Subject:** AW: Procompsales: Termination of Contract

Dear Mr. de Young,
can you please prepare an overview about the structure of our turnover and projects. What are our own activities, what are the activities
of Reps and Distributors, what is our customer relationship management.
Thanks/ Florian Greiling

    -----Ursprüngliche Nachricht-----
**Von:** Dirk de Young [mailto:sales@digisound-wie.com]
**Gesendet:** Donnerstag, 5. Januar 2006 00:45
**An:** greiling@digisound.de; 'Hr.Zeich'
**Cc:** tgreen@iquest.net
**Betreff:** FW: Procompsales: Termination of Contract

Dear Michael,   (F.Y.I.: Mr. Greiling,)

Please remove Procomp Sales from our Website.

Apparently, Procomp received the offer from Projects Unlimited to become their rep. for the territory.  They have significant sales volumes with all of the catalog companies and especially Carlton Bates, a major national distributor headquartered in the territory.  These sales volumes are certainly several hundreds of thousands of dollars, thus immediate commissions of at least $25-35K./p.a.

I have asked Tom to look into who may have been the Rep. for Projects Unlimited before the change to Procomp Sales.

Best regards, Dirk de Young

Digisound-Wie, Inc.
Phone: 520-452-9030
Fax: 520-452-9033

---

**From:** Dirk de Young [mailto:sales@digisound-wie.com]
**Sent:** Wednesday, January 04, 2006 5:39 PM
**To:** 'bjones@procompsales.com'; 'tgreen@iquest.net'; 'Ed Wells'; 'Frank Opatrny'
**Cc:** 'Hr.Zeich'; 'greiling@digisound.de'
**Subject:** Procompsales: Termination of Contract

Dear Barry,

It is with some sadness that I officially received today the Procomp Termination of Contract Letter via Certified Mail.  We at Digisound-WIE, Inc. consider Procomp Sales Co. to be the premier Manufacturers Representative Company in the Territory and derived considerable pride from the fact that we were represented by Procomp.

While we understand your decision from a business perspective, it is still a disappointment.  Not all of our joint initiatives in the last year have met with instant success, but I do feel that we were on the way to making some progress in certain areas.  Nevertheless, it is clear that a competitor with a significant sales volume on the table can offer an immediate incentive that we presently cannot.

We prefer to focus on the joint accomplishments and would like to point out that we feel that your successful efforts to place us in the Mouser Electronics catalogue are a major milestone in the development of Digisound in the North American market.  We thank you again for that contribution and would like to point out that you will be receiving the commissions for these initial orders as soon as the full payments are received.

An important side detail is that recently I forwarded Ed some new samples for E.F. Johnson.  Please let us know quickly what is the disposition of those samples?  We were planning on visiting them next week and this situation has kind of thrown a wrench in the works.

We expect to be seeing you at upcoming events and around and wish you the best of success in your business endeavors, (with only one exception ☺)

Best regards, Dirk

Digisound-Wie, Inc.
Dirk de Young
Director Sales & Marketing
Phone: 520-452-9030
Fax: 520-452-9033

Attachment 4

**From:** Hr.Greiling

**Sent:** Thursday, July 06, 2006 7:42 AM

**To:** Hr.Greiling; Dirk de Young

**Cc:** Hr.Zeich

**Subject:** AW: reporting

Dear Mr. de Young,
please let me have your statement.
Best regards/ Florian Greiling

-----Ursprüngliche Nachricht-----
Von: Florian Greiling [mailto:greiling@digisound.de] Im Auftrag von Hr.Greiling
Gesendet: Donnerstag, 29. Juni 2006 15:25
An: 'Dirk de Young'
Cc: Hr.Zeich
Betreff: AW: reporting

Dear Mr. de Young,
regarding the relocation of George Mr. Zeich will come back to you. I just have the problem to understand what he is really doing from 9-5. From what you are describing in your mail, this sounds like a 9-11 job for guys like Mr. Hinnerichs and Mr. Meffert. I am concerned that the jobs we have promised our Reps in Las Vegas have not been finalised so far. I am talking about the cross reference list (to be submitted till end of May) and its implementations in the software.

The timing for our trip to China is fine with me. Please let me know who advised you that we have to pay for hotels in Places like Beijing and Shanghai. This for sure is never the case in Europe and companies like Ohmite also would have a different view. But I am willing to learn if you can explain more clearly. My position would be that we do not charge for single positions, but that we work out a package price which covers group

costs for flights and hotels. As far as I know that is the way how it is handled all over the world. So what you have to do is, ask for package prices for flights to Beijing, hotel in Beijing, flight Beijing-Changzhou (maybe via Mr. To), hotel in Shanghai. BeStar will look for transportation Changzhou-Shanghai and for the package in Changzhou.

In the OEM report I am missing our activities in developing customers. All this is more or less coming through the Reps and we are supporting them. But own marketing activities are missing. We have a world class range of back up alarms, but not projects! And so on...

Enjoy your holiday weekend and let me know by next week what are the plans for marketing.
Best regards
Florian Greiling

-----Ursprüngliche Nachricht-----
Von: Dirk de Young [mailto:sales@digisound-wie.com]
Gesendet: Mittwoch, 28. Juni 2006 20:27
An: 'Hr.Greiling'
Betreff: RE: reporting

Dear Mr. Greiling,

Thanks for your questions.

1.  As far as day to day work goes, George has been fitting in very well.  He has at this point almost completely lifted the quality

management from my shoulders. He still has some fine tuning to gain a better comprehension of what is new about automotive from his previous experience, but I am working on bringing him up to speed on that. He has taken charge of the finalization of the Invensys specification, the WP quality issues and new products introductions and some product changes. I am pretty convinced that he should feel at this point, that he has taken on a serious and challenging professional opportunity. For the moment I have not confronted him on the relocation issue. It seems clear to me that he himself would be willing to relocate, but the problem is with his spouse, who apparently likes her situation in Indiana. I plan to open the discussion on that again after George has had a little more time to better understand the potential of the Digisound situation.

2. China Delegation Trip Planning, Please find below a first outline draft for the trip planning:

I. Proposed Itinerary

Arrival Monday Afternoon/Evening

Tuesday a.m. Visit Mutianyu Great Wall ca. 70Km North of Beijing
Lunch at the Hotel
Tuesday afternoon Visit Forbidden City Tiananmen Square
Tuesday evening Dinner Reception and Lecture on China from Diplomatic Commercial Service

Wednesday a.m. Fly to Changzhou, Arrive Hotel, Lunch
Wednesday p.m. Travel to Factory, Presentation of Factory Overview in Training Room and then tour of the facilities. Workshops Acoustics and Acoustic Components
Dinner

Thursday a.m. Departure to Shanghai, Visit Old Town, Yu Gardens, Dim Sum Lunch, Afternoon Sightseeing and Free Time, Group Dinner and Farewells.

Friday a.m. Airport Departure.

II. Timing

I have reviewed timing with Carol and the week of October 15th does not work because of the Convergence Show in Detroit (10-16 to 10-18), so we are reviewing the next week or the one following. How would that work with your schedule?

III Program Approach and Costs

I am advised that for such an invitation, normally the Reps. and other visitors would expect to pay their own airfare, but that all other costs, Food, Hotel and Transportation would be covered. The invite would normally be limited to two people, one hotel room per invited company.

Thus, per invited company:

Hotel ca. $400.00/two persons per invite
Food: $250.00/person
Transport:  $300.00 person (AF Beijing to Changzhou, Bus Trips)

Est. ca. 20-25 guests

| | | |
|---|---|---|
| Hotel: | $4,000.00 | $6,000.00 |
| Food: | $5,000.00 | $6,250.00 |
| Transport: | $6,000.00 | $7,500.00 |
| | | |
| Total | $15,000.00 to $19,750.00 | |

IV. Expected Participants

1. CC Electro
2. PE Schmitt Co.
3. Pinnacle Marketing
4. Eagle Tech.
4. Valeo
5. Tri-Start
6. Mouser
7. Walker Distribution
8. Invensys
9-10. other possible OEMs, Reps.

Please provide your feedback and comments if you think we are on the
right track.

3. Sound Off LV Edition

I am planning to release a new format sound off in the first two weeks
of July time frame for the 3rd. Qtr.  I will solicit Bestar for story
ideas from their side.  Do we have any one who could be supporting with
news from Europe?

4. OEM Marketing

Visteon

We have submitted samples for the new speaker program and are working
approval issues on the speaker program that has already started Low
Volume production.  We have submitted samples with noise attenuating
pads for the buzzer program and have also finally caught up volumes for
the buzzer and can start pushing to get on new platforms.

Siemens VDO

Have visited GDL for the purpose of reviewing all potential programs
with them.  Should be able to get clarification from Diana Sanchez about
programs in both GDL and Huntsville.  We have several buzzer
opportunities that we are pursuing.

JCI/Solectron

I have followed up on the last quote with Linda Ramos in GDL, but

couldn't get any new information, thus I have given complete details on the quote to Mike Hemond in Grand Rapids and asked him to follow up with JCI directly regarding this and all other acoustics opportunities.

Invensys

Have received first samples of the piezo disk from Bestar this week and they will be submitted for review at Invensys.  The revised spec. is 99.9% complete.  We are reviewing the possibility of an RoHS disk. Invensys is testing our speaker samples, pending receipt of samples with the required impedance.

International Truck

I spoke with Carol this week and she still needs to call the buyer to try to move the program forward in the next few days.  We will get the vibration test profile from engineering, so that we can validate our fix for the wire breakage issue.

Ademco

I urgently need the microphone/wire lead assembly samples.  We should get an order for this program, if the samples are approved.  20-30K month @ $0.18 each.

Magna

We should have a new buzzer opportunity with them.  I spoke with Guner Sarioglu this week, who is now working there and has left Valeo.

Roche

Bestar has now advised that the sample identical units to the current part will be ready to ship by July 7th.  As soon as these are received, they should go into test at Roche.

Motorola

We have the first makings of a draft Road Map; we will further develop that this week and should have something ready to go early in July.  I will contact Tom at Eagle regarding the new information from David.

Nacco

We got a horn proposal from Bestar, but it is not satisfactory.  I will try to get them to submit a better unit.

Bluebird

George still owes me a re-design on this one.

Crown

As soon as George gets caught up on the Valeo quality issues, I plan to have him start preparing to submit the UL application for the Crown back

This is a Holiday weekend coming up, so please consider this update as
this week's activity report. Please do not hesitate to contact me with
any information requirements.

Best regards, Dirk de Young

Digisound-WIE, Inc.
Dirk de Young
Director Sales & Marketing
Tel: 520-452-9030
Fax: 520-452-9033
Cell: 414-350-7341

-----Original Message-----
From: Hr.Greiling [mailto:Greiling@DIGISOUND.de]
Sent: Tuesday, June 27, 2006 4:04 AM
To: DIGISOUND-WIE USA
Cc: Hr.Zeich
Subject: reporting

Dear Mr. de Young,
I received your reports, but important information is still missing.
1. How is the situation with George?
2. Status of delegation trip to China?
3. Sound Off LV edition?
4. OEM marketing?
Best regards
Florian Greiling

Wir stellen aus/Forthcoming Exhibitions,
SECURITY ESSEN vom 10.-13.10.2006
DIGISOUND-Electronic GmbH
P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844
Norderstedt
Tel.: +49/40/52 68 69-24, Fax: +49/40/52 68 69-13,
e-mail: greiling@digisound.de , www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt

# Attachment 5

| | |
|---|---|
| **From:** | Hr.Greiling |
| **Sent:** | Monday, October 23, 2006 3:20 AM |
| **To:** | sales@digisound-wie.com |
| **Subject:** | AW: Visit to WIE |

Dear Mr. de Young,
if I read your list correctly this an average of $ 120,– pm. If this is the final number we will have a more than disappointing year.
Even with 500K for the quarter we would have a problem. All efforts now have to be concentrated on pushing sales.
I am missing the forecast for the booking. Please add the same.
Have a successful week
Florian Greiling

> -----Ursprüngliche Nachricht-----
> **Von:** Dirk de Young [mailto:sales@digisound-wie.com]
> **Gesendet:** Samstag, 21. Oktober 2006 02:13
> **An:** 'Florian Greiling'
> **Betreff:** RE: Visit to WIE
>
> Dear Mr. Greiling,
>
> As requested please find attached the Q4 Forecast. I have broken this into two sections. The first section shows the amount of sales for which we currently have releases. This does include the important shipping week, which is the last week of the year, when we will ship into the first few weeks of Jan. requirements.
>
> The section simply adds the shipments to date for this quarter, basically to today's date for October and then the total amount.
>
> Best regards, Dirk de Young

**From:** Florian Greiling [mailto:greiling@digisound.de]
**Sent:** Friday, October 20, 2006 12:01 AM
**To:** sales@digisound-wie.com
**Cc:** Hr.Zeich
**Subject:** AW: Visit to WIE

Dear Mr. de Young,
please try to cancel the ticket.
At this stage the open issues should be discussed in writing. I do not fully understand the agenda for the planned visit.
Do you have a project with specifications for a horn/strobe unit? If so mail the same for evaluation first. What do you want
to discuss face to face regarding Mouser? Propose to Mouser whatever is regarded as essential.
Under the present circumstances the priorities are clear: our results are far away from forecast. There are only a few weeks
left to improve the situation. So I do not see any reason for extensive travelling to overseas places, when the issues related
to those destinations can be handled in writing for the time being.
What I would like to have till Monday is a fact based billing and booking forecast for the last quarter of 2006.
Best regards

10/4/2007

Florian Greiling

-----Ursprüngliche Nachricht-----
**Von:** Dirk de Young [mailto:sales@digisound-wie.com]
**Gesendet:** Donnerstag, 19. Oktober 2006 19:01
**An:** 'Florian Greiling'
**Betreff:** RE: Visit to WIE

Dear Mr. Greiling,
The ticket was finally purchased yesterday afternoon.  There are three open projects with WIE right now, the Spectronics Product, Mr. Weiler's request to develop a standard architectural horn/strobe, the DC/DC Converter RFQ from Spectronics and we would have the sirens and panel mount buzzer proposed at Mouser.  I am not sure that I can recover the ticket any more, but can ask.  The time is between Monday-Thurs returning November 16th.
Best regards, Dirk de Young

---

**From:** Florian Greiling [mailto:greiling@digisound.de]
**Sent:** Thursday, October 19, 2006 4:58 AM
**To:** sales@digisound-wie.com
**Cc:** Hr.Zeich
**Subject:** AW: Visit to WIE

Dear Mr. de Young,
without any project I do not think that you should travel to India. There is so much to do during the last quarter of the year
in Amerika that I suggest to skip India this time.
Best regards
Florian Greiling
-----Ursprüngliche Nachricht-----
**Von:** Dirk de Young [mailto:sales@digisound-wie.com]
**Gesendet:** Mittwoch, 18. Oktober 2006 02:55
**An:** 'Goyal'
**Cc:** 's roy'; weiler@digisound.de; 'Hr.Greiling'
**Betreff:** RE:Visit to WIE

Devendra,

I will visit WIE between November 12-16th.  This will give me a better opportunity to understand the operations and capabilities of WIE for the purpose of promoting their business in the USA.

I would like to go ahead and get the long term, 10 year multiple entry visa, (it actually costs the same as the one year).  Please send me a sponsorship letter right away according the to visa application guidelines mentioned below.  I have limited time to get my visas, because I am also visiting Bestar in China on this trip.

Thanks and best regards, Dirk de Young
Digisound-WIE, Inc.
Fax:  1-520-452-9033


**Business Visa: i) Valid for 6 months/one year with multiple entries. A letter (on company letterhead) from Sponsoring Organization indicating the nature of applicant's business, probable duration of stay, places and organizations to be visited incorporating therein a**

10/4/2007

guarantee to meet maintenance expenses, etc. should accompany the application. ii) Long term Business visas for ten years (multiple entries) in case of US Citizens and five years (multiple entries) for other nationals are available only to those who have set up industrial/business joint ventures in India. This fact, along with the details of joint venture in India must be mentioned in the sponsorship letter.

---

**From:** Goyal [mailto:goyal@wieindia.com]
**Sent:** Monday, October 16, 2006 7:45 PM
**To:** sales@digisound-wie.com
**Cc:** s roy
**Subject:** Fw: DC to DC Convertors

Dear Mr.Young,

You must have received this mail. Please let me know if you need any further information

with regards,

Devendra
----- Original Message -----
**From:** Goyal
**To:** sales@digisound-wie.com
**Sent:** Friday, October 13, 2006 3:12 AM
**Subject:** Re: DC to DC Convertors

**Dear Mr.Young,**

**Please find enclosed the specification for the converter. The cost for 1K-2K delivery will be 47 USD/Ea. The charges quoted are Ex-works WIE,Shirwal, India.**

**with regards,**

**Devendra Goyal**

**To:** 'Goyal'
   **Sent:** Wednesday, October 04, 2006 12:44 PM
   **Subject:** RE: DC to DC Convertors

Dear Devendra,
The potential customer is a control panel and system supplier for commercial security and fire protection systems. The control panels will typically be found in manufacturing plants and warehousing facilities, so I don't think the application temp. range is anything unusual. It would be an environment similar to that where your horns would operate, but only inside. It would certainly not be wider than your -25 to + 85 C range stated on some previously received specifications and possibly narrower.
Hope this helps.

10/4/2007

Best regards, Dirk

---

**From:** Goyal [mailto:goyal@wieindia.com]
**Sent:** Wednesday, October 04, 2006 5:38 AM
**To:** S. G. Roy; sales@digisound-wie.com
**Cc:** shareef@wieindia.com
**Subject:** Re: DC to DC Convertors

Dear Mr.Young,

Kindly let me know the application temperature range, whether it is for industrial, commercial or defense application.

with regards,

Devendra Goyal

p.s. Mr.Shareef Kindly do the necessary costing

----- Original Message -----
**From:** S. G. Roy
**To:** goyal@wieindia.com
**Sent:** Tuesday, October 03, 2006 9:02 PM
**Subject:** Fw: DC to DC Convertors

Dear Dr.Goyal,
          Please discuss and let us respond immediately to this.Mr.Weiler is in the U.S right now.
                    Thanks,
                    S.G.ROY
----- Original Message -----
**From:** Dirk de Young
**To:** sgroy@wieindia.com
**Sent:** Wednesday, October 04, 2006 5:02 AM
**Subject:** DC to DC Convertors

Devendra,

I have an inquiry from a customer seeking a DC/DC Converter with the following characteristics:

Primary Input Voltage:  19-26V

Secondary Side:  Constant 24V

100-200 mA

Board mount

Volume 1-2K first year.

I have checked the specs. you sent me and they look a little different.  Do you think the above could fit in the parameters of anything we can supply?

Looking forward to your response.

10/4/2007

Best regards, Dirk
Digisound-WIE, Inc.

10/4/2007

Attachment 6

| | |
|---|---|
| **From:** | Hr.Greiling |
| **Sent:** | Tuesday, November 14, 2006 5:57 AM |
| **To:** | sales@digisound-wie.com |
| **Cc:** | Hr.Zeich |
| **Subject:** | AW: report |

Dear Mr. de Young,
this is difficult to understand. I wrote to your attention as well as to Helene. If you do not understand, why do you not ask? Or more easier, if you

think you have sent the report why not just mail it again. My reminder was clearly mentioning a dead line, which you ignored. This is not acceptable.
Regards/ Florian Greiling

-----Ursprüngliche Nachricht-----
Von: Dirk de Young [mailto:sales@digisound-wie.com]
Gesendet: Montag, 13. November 2006 22:17
An: 'Hr.Greiling'
Betreff: RE: report

Dear Mr. Greiling,
Here is the report that was prepared on Sunday, I cannot explain why you hadn't received it, I thought I had sent it to you.  When Helene mentioned that you had written about the report, I didn't understand why.

Best regards, Dirk de Young

-----Original Message-----
From: Hr.Greiling [mailto:Greiling@DIGISOUND.de]
Sent: Monday, November 13, 2006 5:08 AM
To: DIGISOUND-WIE USA
Cc: helene@digisound-wie.com
Subject: WG: report
Importance: High

Without any further delay I would like to know why I did not get the lightest feedback to this
mail. Rgds/ Florian Greiling

-----Ursprüngliche Nachricht-----
Von: Hr.Greiling
Gesendet: Mittwoch, 8. November 2006 10:57
An: DIGISOUND-WIE USA
Cc: 'helene@digisound-wie.com'; Hr.Zeich
Betreff: report

Dear Mr. de Young,
why again did I not get the due report?
A forthcoming business trip is no reason to skip any report!
I am expecting the same within 24 hours.
Best regards
Florian Greiling

Wir stellen aus/Forthcoming Exhibitions,
SECURITY ESSEN vom 10.-13.10.2006
DIGISOUND-Electronic GmbH
P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844
Norderstedt
Tel.: +49/40/52 68 69-24, Fax: +49/40/52 68 69-13,
e-mail: greiling@digisound.de , www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt

Attachment 7

**From:** Hr.Greiling
**Sent:** Tuesday, February 27, 2007 1:56 AM
**To:** Dirk de Young
**Cc:** Hr.Zeich
**Subject:** AW: RE: Digisound Website: Things we need from you

Dear Mr. de Young,
I am missing the weekly activity report plus the requested strategy paper.
What is the problem?
Brgs/ Florian Greiling


DIGISOUND-Electronic GmbH
P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844 Norderstedt
Tel.: +49/40/52 68 69-24, Fax: +49/40/52 68 69-13,
e-mail: greiling@digisound.de , www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt

-----Ursprüngliche Nachricht-----
Von: Dirk de Young [mailto:sales@digisound-wie.com]
Gesendet: Montag, 26. Februar 2007 22:00
An: 'Florian Greiling'; designdirections@vsnl.com
Cc: 'Hr.Zeich'
Betreff: RE: RE: Digisound Website: Things we need from you

Dear Hiral,

Please find attached terms and conditions of sale, you will have to
convert to pdf, as I don't have that capability having only acrobat
reader.

To "unlock" the spec. sheets I will have to route them through Germany,
so I will start that process today.

Please see the attached Reps. and Distributors list.  Apart from this I
had given you the addresses for Walker Distribution and for our new Rep.
in Denver, which are listed further below.  These are the only Reps. and
Distributors we want included, not any from Europe, or elsewhere.

Thanks, Dirk

Digisound-WIE, Inc.
Dirk de Young
Director Sales & Marketing
Tel:  520-452-9030
Fax: 520-452-9033
Cell: 414-350-7341


-----Original Message-----

From: Florian Greiling [mailto:greiling@digisound.de]
Sent: Sunday, February 25, 2007 12:04 AM
To: De Young Dirk
Subject: WG: RE: Digisound Website: Things we need from you

Dear Mr. De Young,
please answer asap. We want to finalise this now.
Best regards
Florian Greiling

-----Original Message-----
From: Design Directions <designdirections@vsnl.com>
Date: Sat, 24 Feb 2007 17:46:07
To:"'Dirk de Young'" <sales@digisound-wie.com>,       "'Hr.Zeich'"
<michael.zeich@DIGISOUND.de>
Cc:"'Florian Greiling'" <greiling@digisound.de>
Subject: RE: Digisound Website: Things we need from you

Dear Dirk,

Following are the things we are awaiting:


1. Terms and Conditions PDF

2. The products unprotected word files and pdf files

3. One doubt – attached is the word file of the distributor addresses we
received from you. The country names are in German. Do we you English
name of the respective German names or use them as is.



Regards,

Hiral



--

Design Directions Pvt. Ltd.

828, "Rajeev" Prof. V. G. Kale Road

Off Bhandarkar Road, Shivajinagar

Pune 411 004 INDIA

Tel: +91.20.2565 3902 / 2567 1941

Fax: +91.20.2565 1278

www.designdirections.net

----------------

From: Dirk de Young [mailto:sales@digisound-wie.com]
Sent: Sunday, February 11, 2007 6:41 AM
To: designdirections@vsnl.com; 'Hr.Zeich'
Cc: 'Florian Greiling'
Subject: RE: Digisound Website: Things we need from you

Hi Hiral,

Let's take a stab at this:

HOMEPAGE

1.Please see the revised homepage copy.

ABOUT US

1.  Please see the overview write up.

2.  I think you can use the text from the current Digisound Germany Website

SALES AND DISTRIBUTION

1. I have attached above an updated list.

2.  Distributors, are also in the above list.

Please also add Walker Component Group, our newest distributor's offices:

Southern California
25691 Atlantic Ocean Drive, Suite B 18
Lake Forest, CA 92630
Phone: 949-597-2081  Fax: 949-581-5338

Northern California
9960 Business Park Drive, Suite 140
Sacramento, CA 95827
Phone: 916-363-6030  Fax: 916-362-6926

Colorado, Denver
1795 East 66th Avenue
Denver, CO 80229
Phone: 303-292-9594  Fax: 303-296-4734

Illinois, Chicago
2401 West Hassell Road, Suite 1505
Hoffman Estates, IL 60195
Phone: 847-843-2040  Fax: 847-843-2320

Utah, Salt Lake City
3688 West 2100 South
West Valley City, UT 84120
Phone: 801-977-9750  Fax: 801-975-1207

Oregon, Portland
3720 S.W. 141st Street, Suite 102
Beaverton, OR 97005
Phone: 503-641-1690  Fax: 503-646-3737

Washington, Seattle
Phone: 425-455-2727  Fax: 425-453-2963

And our newest Manufacturer's Rep. company:

West Incorporated

3974 S. Tamarac Drive
Denver, CO   80237
Phone: 303-770-8180
Fax: 303-694-3264
Email: info@westincorporated.com: <mailto:info@westincorporated.com>

DISTRIBUTION SERVICES

(Refer the attached JPG)

On this you ask, How will they get their password?  They should have to request if from us and we would assign it to them, we have the same on our EDI releases from our customers,  it would not be a password that they could change afterwards.

You also ask for terms and conditions, I will have to supply you with that next week, it will basically be a boiler plate pdf.

NEWS SECTIOM

Text for news section also a downloadable pdf for soundoff newsletter

Can you just use the last pdf that Falguni created for our newsletter to get this started.  It would be nice to send you the other earlier newsletters to include as pdfs, but I don't want to attach them here, they are too big.  I will try to send separately.

CONTACT US

1.    All details here

Digisound-WIE, Inc.

999 E. Fry Blvd., Vista Park 302

Sierra Vista, Arizona 85635

Tel:  520-452-9030

Fax: 520-452-9033

Cell: 414-350-7341

Regarding the "protected" product specifications, that's how they came from Germany, they will have to provide them from their. I will send them to Germany next week and see if they can on-forward them to you.

Once this is set up, will we be able to add products to our list and add spec. sheets ourselves, or will you have to do it each time?

Thanks, Dirk

-----Original Message-----
From: designdirections@vsnl.com [mailto:designdirections@vsnl.com]
Sent: Wednesday, February 07, 2007 10:57 PM
To: 'Dirk de Young'; 'Hr.Zeich'
Cc: 'Florian Greiling'
Subject: Digisound Website: Things we need from you

Dear Dirk,

Here is the list of things which we need from you:

HOME PAGE

1.    We have written a introductory text on DIGISOUND on the home page (refer the word document). Is it ok? You can give us a fresh and revised one?

ABOUT US

1. Text for overview

2. Text for Global Digisound Group, latest addresses and phone numbers

SALES AND DISTRIBUTION (We will make the map as per the addressed you have given)

1. Names of manufacturer's Reps

2. Distributors

DISTRIBUTION SERVICES

(Refer the attached JPG)

NEWS SECTIOM

1. Text for news section also a downloadable pdf for soundoff newsletter

CONTACT US

2. All details here

I need the unprotected PDFs and Word document for the products. (as ask in the previous email)

Regards,

Hiral

--

Design Directions Pvt. Ltd.

828, "Rajeev" Prof. V. G. Kale Road

Off Bhandarkar Road, Shivajinagar

Pune 411 004 INDIA

Tel: +91.20.2565 3902 / 2567 1941

Fax: +91.20.2565 1278

www.designdirections.net