# Exhibit E

CONFIDENTIAL



| | | | |
|---|---|---|---|
| **Matt Cohen/CCESI** | | To | "dirk" <sales@bestartech.com> |
| 12/04/2007 03:54 PM | | cc | carol_cohen@ccrep.com, ellencoan@att.blackberry.net |
| | | bcc | |
| | | Subject | RE: Roche |

Hi Dirk,

FYI - I have (4) principals in Detroit next week...I need to see David and understand what is going on, so let me know how we can do this. Perhaps breakfast on Friday the 14th in Detroit...?

I look forward to your call.

Matt
"dirk" <sales@bestartech.com>



| | | | |
|---|---|---|---|
| **"dirk"** | | To | <ellencoan@att.blackberry.net> |
| **<sales@bestartech.com>** | | cc | <matt_cohen@ccrep.com>, <carol_cohen@ccrep.com> |
| 12/04/2007 02:31 PM | | Subject | RE: Roche |

Hi Ellen,

I just sent a reminder to BeStar for you. Hopefully, they will get back to me by tomorrow.


David has changed his travel schedule and will arrive now next week.  I have set up meeting in Columbus with FB on Wednesday and need to decide how to spend Thursday and Friday. I will call also Matt and Carol to discuss.  FG is flying in to Chicago, but I don't have the date, so I need to confirm to see if/when he can come down to Indy.

Best regards, Dirk

-----Original Message-----
From: ellencoan@att.blackberry.net [mailto:ellencoan@att.blackberry.net]
Sent: Tuesday, December 04, 2007 10:04 AM
To: Dirk deYoung email
Subject: Roche

Any update on 500pc 8585 on tape and reel?
Sitting at appt waiting room thinking too much
Ellen
Sent via BlackBerry by AT&T

CCE 04838

Metal Commodity Buyer
Carr. MatamorosMazatlán Km. 99
Col. Celanese 88920 Rio Bravo, Tamp. MEX
Tel: +52 899 932 2042
Fax: +52 899 932 2104
Mob:+52 1 899 122 3707

"This e-mail message is intended only for the use of the intended recipient(s). The information contained therein may be confidential or privileged, and its disclosure or reproduction is strictly prohibited. If you are not the intended recipient, please return it immediately to its sender at the above address and destroy it."

CONFIDENTIAL

from being serviced directly from BeStar in China, this may be a little inconvenient, but it is definitely workable.

Sorry for all of the hassle, but Digisound is not in a position to "force" you to do business with them .

If you can provide me with a copy of the communication from Digisound, it would be appreciated by our legal counsel, who I am copying on this email .

Best regards, Dirk

............................................. . ................................................................ .............................................................................................. . ..................

**From:** Pablo.CANO@valeo.com [mailto:Pablo.CANO@valeo.com]
**Sent:** Thursday, November 29, 2007 1:55 PM
**To:** sales@bestartech.com
**Cc:** Fernando.PINEDO@valeo.com
**Subject:** Price Negotiation

Dear Dirk,

I been trying today without any success to get a hold you at your office, the idea here is as it follows :
Given the prices  we had managed to have since last May and some additional  business that are
cooking as the new speaker model I propose to you to move in advanced the savings as they are. This
means moving the 2008 price to be effective in December of this year.
Let me know when can we go ahead in changing the POprice.

Thank you & Regards
Pablo Cano

| Valeo PN | Offer 07 | 2008 | 2009 | 2010 | 2011 |
|----------|----------|--------|--------|--------|--------|
| 250.643 | $0.644 | $0.631 | $0.619 | $0.606 | $0.594 |
| 250.644 | $0.651 | $0.638 | $0.625 | $0.613 | $0.600 |
| 250.660 | $0.662 | $0.648 | $0.635 | $0.623 | $0.610 |
| New Part | $0.709 | $0.694 | $0.680 | $0.667 | $0.654 |

Pablo Cano
Valeo Interior Controls

CONFIDENTIAL



Tod.MCCLARY@valeo.com      To  cooperation@be-star.com
12/10/2007 07:26 PM         cc  "helene" <info@bestartech.com>, "BeStar Acoustic-Liqin"'
                                <lee@be-star.com>, "Matt Cohen"'
                                <matt_cohen@ccrep.com>, "dirk"'
                           bcc

                        Subject  Re: Ford Warranty Returns!

Hi Cathy;

        Please resend the temperature / Humidity logs. They were hard to
print and we could not read them easily. 1 of the is for 2006, but the
heading says 2007. Please submit pictures of the old and new inspection
method and also I need you to tell me when they are implemented. As far as
the tracking Log for the Glue Aging Please make the change ASAP. This is
critical and must be done ASAP in order to Close. I need to identify the
action plans ASAP. If you can we would rather see the tracking ticket for
the Lot as I sent you. If you can, please call me today so we can discuss
further. I must turn in a Lesson learned Card by Wednesday my time. The
management is putting pressure to close and is requiring all the proper
data. I will also mention that I do not agree with the Implementation of
the Air-conditioning in the Work Shop in April 2005. I was there in May of
2005 and No air conditioning existed and the Work shop was in the
Production Area, not where it is located now. It also moved from it's
location in March of 2006 to where it is now sometime between then and
November of 2006.

        Please call so that we can avoid anymore confusion.


Thanks


Remember:
San (3) Gen (Real)  Shugi (Ideology)
Gen ba: The Real Place
Gen butsu: The Real Part
Gen jitsu: Reality, (The Real Situation with real and quantified data)

Have you applied it today!

Respectfully


Wm. Tod McClary
SQAE
Valeo Interior Controls
North America
Valeo Sistemas Electronicas
S. de R.L. de C.V.
Carratera Matamoros - Mazatlan
Km. 99 Brecha 115
Colonia Celanese C.P. 88920
Rio Bravo, Tam, Mexico
+ (899) 932-2101 MEX
(956) 205-4516 USA
(956) 279-8266 Cell


CONFIDENTIAL

Date: 12-14-07  Salesperson: Matt Cohen
Return to airport after Ford meeting.


Contacts.......................
Jon Cowley  Office: Columbus , OH 43214-3323  Cell Phone: 614-353-8338
Carol Cohen  Office: Indianapolis , IN 46202-3111  Cell Phone: 317-445-4859
Ellen Coan  Office: Indianapolis , IN 46202-3111  Cell Phone: 317-443-6071
Matt Cohen  Office: Plymouth, MI 48170   Cell Phone: 313-215-0339  Home Phone: 734-397-0616

Comments:

CONFIDENTIAL

Phone2: 317-849-6668
Confirmation Number2: Florian Greiling        3302920919, David Wu        3296609981, Dirk DeYoung
3297287295

Date: 12/13/07
Hotel/City3: BeStar making own reservations for 12/13 (Detroit)

Arrival Arrangements: Dirk will arrive in Columbus on 12-11 (Tuesday) around 4:30. Dirk is renting a car
and will drive to his hotel for check in.

Further Visitors: David Wu, Florian Greiling

SCHEDULE......................................

Date: 12-11-07  Time: 6:00 p.m.  Salesperson: Jon Cowley
Jon will meet Dirk and David at hotel for dinner.

Date: 12-12-07  Time: 8:30 a.m.  Salesperson: Jon Cowley
INVENSYS CLIMATE CONTROLS /  Tim Kaiser / 614-873-9595
Meet to discuss BeStar USA new company name.
 Discuss piezo disk project.
 Discuss BeStar speaker product offering Details sent to email sent to Dirk prior to meeting)


Date: 12-12-07  Time: 10:00 a.m.  Salesperson: Jon Cowley
FLOYD BELL /  Tom Shain / 614-294-4000 / Ray Hunter / Frank Prince
Introduce David to Floyd Bell .
 Discuss talking back up alarm product development.
 Discuss other new devices BeStar is developing and how they might fit   with Floyd Bell  .
Lunch


Date: 12-12-07  Time: 2:00-3:00 p.m.
Dirk and David to depart for Indy.
(Please call Carol when you leave Columbus .)

Date: 12-12-07  Time: 4:55 p.m.  Salesperson: Carol Cohen

Carol will pick FG up at the American Airlines Baggage Claim downstairs in Silver Cadillac on his arrival
at 4:55 p.m.

Date: 12-12-07  Time: 6:00 p.m.  Salesperson: Carol Cohen, Ellen Coan
Dinner - St Elmo's .

Date: 12-13-07  Time: 9:00 a.m.  Salesperson: Ellen Coan
ROCHE

Date: 12-13-07  Salesperson: Ellen Coan
Return to airport for flight to Chicago / Detroit.

Date: 12-13-07  Time: 7:30 / 8:00 p.m.  Salesperson: Matt Cohen
Dinner in Detroit with Matt.

Date: 12-14-07  Time: 8:00 a.m.  Salesperson: Matt Cohen
FORD /  Jonathan Larimore
TENTATIVE

CONFIDENTIAL

CCE 04959



**Matt Cohen/CCESI**
04/20/2007 11:13 AM

To   "Hr.Greiling" <Greiling@DIGISOUND.de>
cc
bcc
Subject   Re: EDS

Ahh, an -email I always enjoy receiving. Great to hear from you. Yes, I too will be at EDS and look forward to meeting with you. Dirk has my schedule for EDS and will work to get us a meeting time. See you then.

Matt
"Hr.Greiling" <Greiling@DIGISOUND.de>



"Hr.Greiling"
<Greiling@DIGISOUND.de>
04/20/2007 04:15 AM

To   Matt Cohen <matt_cohen@ccrep.com>
cc
Subject   EDS

Dear Matt,

sometime passed since we met last time. Now I am sitting, checking my agenda, and I learn EDS is coming

soonand fast. I just want to take the opportunity to confirm that I am planning to come to Las Vegasagain this

year. I very much look forward to meet with you. Let us have a drink or two while exchanging the latest news.

Best regards

Florian

**DIGISOUND-Electronic GmbH**

P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844 Norderstedt
Tel.: +49/40/52 68 69-24, Fax: +49/40/52 68 69-13,
e-mail: greiling@digisound.de , www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt

CONFIDENTIAL

| From: | BeStar Acoustics |
| --- | --- |
| Sent: | Friday, September 28, 2007 4:27 AM |
| To: | florian.greiling@email.de; sales@bestartech.com |
| Subject: | RE: latest news |

Dear Mr. Greiling

my mobile switched off these days
because I am NOT willing to be called by somebody

wil call you late today

with very best regard
WU YIFEI


-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Friday, September 28, 2007 5:12 PM
To: puschban@signaltechnik-puschban.de; sales@bestartech.com; wu@be-star.com
Subject: latest news

Dear All,
I just learned that today Florian Meffert resigned. He was the last
technical person.
His main resposibility was Fire and Security. That means that there is
nobody left
who can handle the technical part of the siren business.
Best regards
Florian Greiling
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000001

| From: | BeStar Acoustics |
| --- | --- |
| Sent: | Friday, November 9, 2007 4:29 AM |
| To: | 'dirk'; 'helene'; florian.greiling@email.de |
| Subject: | RE: CC-Electro |

Hi Dear Mr. Dirk

I will check again my schedule to let you know tomorrow
which date is convenence for both of us

thank you

with very best regrda
David WU

-----Original Message-----
From: dirk [mailto:sales@bestartech.com]
Sent: Friday, November 09, 2007 6:09 AM
To: 'helene'; florian.greiling@email.de; wu@be-star.com
Subject: RE: CC-Electro

Dear David, Florian:

I checked with Matt and they have now decided to postpone the trip to
Germany until the 1st Quarter of 08, thus please feel free to schedule your
visit during the week of 10 December if necessary. He is in agreement with
my suggestions regarding customers and as soon as you advise your available
time, we will put together a good schedule.

best regards, Dirk

-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Thursday, November 08, 2007 10:21 AM
To: florian.greiling@email.de; sales@bestartech.com; wu@be-star.com
Subject: RE: CC-Electro

Dear Florian,

Can you fix your visit dates to come to US before the week of the 10th? It
would be valuable for the team to visit WP,FB,Invensys,etc. in conjunction
with discussions regarding cooperation with CC Electro.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----

From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Wednesday, November 07, 2007 8:35 AM
To: sales@bestartech.com; wu@be-star.com
Subject: CC-Electro

Dear David,
dear Dirk,
I just received a call from Carol. She and Matt will come over to Germany in
December.
They will visit the week beginning December 10th. They want to meet with me
and of
course I agreed. This requires some changes in the plans we had so far.
Please let me
have your suggestions. I will also need a full update about the CC-projects,
especially
those which do not run according to Matts or Carols expectations. This might
be a good
opportunity to calm things down.
Thanks and best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000003

| From: | BeStar Acoustics |
|---|---|
| Sent: | Saturday, November 10, 2007 4:21 AM |
| To: | 'helene'; florian.greiling@email.de; sales@bestartech.com |
| Subject: | meetings in USA |

Hello Dear Dirk

any of week 50 and week 51 is fine for me
because I have customer visit untill 11Dec
week 51 is better fo rme

Dear Greling
please double check your time schedule
and then I have to book flight ticket if date fixed

Can we meet in first in San Francisco that fly to TACSON together ?
what is your suggestion ,Dirk ?

I know it will close to Christmas holiday if late

with very best regadr
WU YIFEI


-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Tuesday, November 06, 2007 5:59 AM
To: florian.greiling@email.de; sales@bestartech.com
Cc: wu@be-star.com
Subject: RE: meetings

Hi Florian, David:

We should for sure visit:

Floyd Bell
Invensys
Whirlpool
International Truck

And also possibly:

Visteon
Valeo
Roche

It would take at least 4 days to cover these.

I think we should plan to meet with Matt and Carol during the above travels,
e.g. dinner in Indianapolis with Carol and Detroit with Matt.

DEF-EDOC 000004

We will work out the itinerary with CC Electro.

Depending on works best for you and David travel wise, we could meet in AZ
on the front or back end of the above. I suggest allowing one day for
meetings and half day for recovery/fun activities. Both of you can arrive
the same calendar day as your departure, but it is a long day. Perhaps you
can leave on a Saturday, thus allowing Sunday to recover.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 05, 2007 3:18 AM
To: sales@bestartech.com
Cc: wu@be-star.com
Subject: meetings

Dear Dirk,
I just spoke to David regarding the December meeting. We did not make any
bookings so far.
Do you want David to see the likes of FB, Motorola...?
We also think that we should invite Matt for a day or two.
How many days should we spend in AZ?
Please let me have your suggestions.
Thanks and best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000005

**From:** BeStar Acoustics
**Sent:** Tuesday, December 4, 2007 5:03 AM
**To:** 'helene'; 'dirk'
**Cc:** florian.greiling@email.de
**Subject:** RE: my VISIT schedule

Hello Dear Mr. Dirk

thank you veru muck
and looking forwards to see you
I have copied email to Wheelock

we will fix date you suggested

see you soon

with very best regadr
WU YIFIE

---

**From:** helene [mailto:info@bestartech.com]
**Sent:** Tuesday, December 04, 2007 11:06 AM
**To:** 'BeStar Acoustics'; 'dirk'
**Cc:** florian.greiling@email.de
**Subject:** RE: my VISIT schedule

Dear David,

We will book you in Sierra Vista for Sunday afternoon, so you can recover a bit from your travel from Shanghai.  We can show you the set up here on Monday a.m.

Have booked flight from Tucson to Newark NJ for Dec. 10 in the afternoon; please tell Cooper Wheelock that we will visit in the a.m. of Dec. 11th.  Say we can be available from ca. 9:00am to 12:30 pm.  Our flight to Columbus leaves at 2:50pm and we should allow one hour ca. to get back to the airport.

We will fly to Columbus Ohio on Dec. 11th in the afternoon and meet Floyd Bell on the 12th, possibly also Invensys.  We will rent a car and then drive either up to Michigan or possibly to Indianapolis (Roche) on Wednesday night and end up in Chicago on Friday to hook up with Florian.  You can schedule your visit to System Sensor for Friday afternoon.  We can meet in that area Friday to Sun.  Maybe it would make sense to stay in Milwaukee, Wisconsin on the weekend for saving money and easier access to restaurants, etc.

Best regards, Dirk

I have emailed you copies of the flight itineraries.

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

---

**From:** BeStar Acoustics [mailto:wu@be-star.com]
**Sent:** Sunday, December 02, 2007 7:26 PM
**To:** 'dirk'
**Cc:** florian.greiling@email.de
**Subject:** RE: my VISIT schedule

Dear Mr. Greiling

DEF-EDOC 000006

goo dmorning

have you fixed your  time schedule and what is your flight details ??

thank y ou

with very best regard
WU YIFEI

---

**From:** BeStar Acoustics [mailto:wu@be-star.com]
**Sent:** Monday, December 03, 2007 10:19 AM
**To:** 'dirk'
**Cc:** 'florian.greiling@email.de'
**Subject:** RE: my VISIT schedule

Dear Dirk

I got  flight details today and it is as folowing

| Flight Number | DATE | Departure | TIME |
|---|---|---|---|
| UA858 | Dec 9 | Shanghai PVG - Los Angeles | 13:45-11:40(9th) |
| UA6498 | Dec 9 | Los Angeles - Tucson | 13:26-15:51 |

Return:

| Flight Number | DATE | Departure | TIME |
|---|---|---|---|
| UA835 | Dec 17 | Chicago - Shanghai PVG | 10:45-15:00(18th) |

Dear Dirk

please double check and advise
my schedule is suitable to visit two new company ?

thank you

with very best regadr
WU YIFEI

DEF-EDOC 000007

| From: | dirk |
|---|---|
| Sent: | Thursday, November 15, 2007 11:30 AM |
| To: | florian.greiling@email.de; 'helene'; 'BeStar Acoustics ' |
| Cc: | floriangreiling@freenet.de |
| Subject: | RE: meetings in USA |

Dear David and Florian,

Visit update:

I have confirmed three tickets from Tucson to Chicago for Monday a.m.

As mentioned before we are confirmed with Matt and Carol on Tuesday evening and may take some time in the office on Tuesday afternoon for business update discussions before dinner.

Ellen is working on whether it might be possible to meet with someone from Roche on Tuesday afternoon.

Should I book a one way return flight for Florian to Chicago from Indy for Wed. a.m.?

We are confirmed with Floyd Bell in Columbus on Wednesday 10:00am and lunch and Jon is checking on Tim Kaiser from Invensys for Wed. afternoon. We will drive up to Detroit later on Wed. afternoon.

We are setting up visits in Detroit with following as possible:

Ford
Visteon
Valeo
New Business opportunities
Dinner with Matt

It doesn't appear necessary to visit WP at this time, things are going pretty well.

We will most likely drive back to Chicago on Friday, so David can schedule his return flight for later Friday afternoon, or Saturday a.m.

Please confirm soonest your arrival and departure information, so I can continue building the trip.

Best regards, Dirk

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 12, 2007 3:36 AM
To: helene; 'BeStar Acoustics '
Cc: florian.greiling@email.de; floriangreiling@freenet.de
Subject: RE: meetings in USA

DEF-EDOC 000008

Dear All,
of course I can join for a meeting with Carol and Matt. But prefer not
to visit any customers at this stage.
Best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000009

| From: | rhonda_newton@ccrep.com |
|---|---|
| Sent: | Monday, December 10, 2007 10:16 AM |
| To: | info@bestartech.com; sales@bestartech.com; wu@be-star.com; Carol Cohen; Matt Cohen; ellen coan; David Gassman; Jon Cowley; Rhonda Newton |
| Subject: | C C Electro Sales, Inc Itinerary For: Dirk DeYoung Of: BeStar On: 12/11/2007 (Columbus) Thru: 12/14/2007 (Detroit) |

C C Electro Sales, Inc Itinerary
For: Dirk DeYoung Of: BeStar

Arrives On: 12/11/2007 (Columbus) at 4:30 p.m.
Departs On: 12/14/2007 (Detroit) at 10:45 a.m.

HOTEL(S)..........................................

Date: 12/11/07
Hotel/City 1: BeStar making own reservations for 12/11 (Columbus) Confirmation Number1: Florian Greiling 3302920919, David Wu 3296609981, Dirk DeYoung 3297287295

Date: 12/12/07
Hotel/City2: Indy Northeast - Hilton ( Roche rate) 8181 N Shadeland Ave, Indianapolis, IN
Phone2: 317-849-6668

Date: 12/13/07
Hotel/City3: BeStar making own reservations for 12/13 (Detroit)

Arrival Arrangements: Dirk will arrive in Columbus on 12-11 (Tuesday) around 4:30. Dirk is renting a car and will drive to his hotel for check in.

Further Visitors: David Wu, Florian Greiling

SCHEDULE.....................................

Date: 12-11-07 Time: 6:00 p.m. Salesperson: Jon Cowley
Jon will meet Dirk and David at hotel for dinner.

Date: 12-12-07 Time: 8:30 a.m. Salesperson: Jon Cowley
INVENSYS CLIMATE CONTROLS / Tim Kaiser / 614-873-9595
Meet to discuss BeStar USA new company name.
Discuss piezo disk project.
Discuss BeStar speaker product offering Details sent to email sent to Dirk prior to meeting)

Date: 12-12-07 Time: 10:00 a.m. Salesperson: Jon Cowley
FLOYD BELL / Tom Shain / 614-294-4000 / Ray Hunter / Frank Prince
Introduce David to Floyd Bell.
Discuss talking back up alarm product development.
Discuss other new devices BeStar is developing and how they might fit with Floyd Bell.
Lunch

Date: 12-12-07 Time: 2:00-3:00 p.m.

Dirk and David to depart for Indy.
(Please call Carol when you leave Columbus.)

Date: 12-12-07 Time: 4:55 p.m. Salesperson: Carol Cohen

Carol will pick FG up at the American Airlines Baggage Claim downstairs in Silver Cadillac on his arrival at 4:55 p.m.

Date: 12-12-07 Time: 6:00 p.m. Salesperson: Carol Cohen, Ellen Coan
Dinner - St Elmo's.

Date: 12-13-07 Time: 9:00 a.m. Salesperson: Ellen Coan
ROCHE

Date: 12-13-07 Salesperson: Ellen Coan
Return to airport for flight to Chicago / Detroit.

Date: 12-13-07 Time: 7:30 / 8:00 p.m. Salesperson: Matt Cohen
Dinner in Detroit with Matt.

Date: 12-14-07 Time: 8:00 a.m. Salesperson: Matt Cohen
FORD / Jonathan Larimore
TENTATIVE

Date: 12-14-07 Salesperson: Matt Cohen
Return to airport after Ford meeting.


Contacts.......................
Jon Cowley Office: Columbus, OH 43214-3323 Cell Phone: 614-353-8338
Carol Cohen Office: Indianapolis, IN 46202-3111 Cell Phone: 317-445-4859
Ellen Coan Office: Indianapolis, IN 46202-3111 Cell Phone: 317-443-6071
Matt Cohen Office: Plymouth, MI 48170 Cell Phone: 313-215-0339 Home Phone: 734-397-0616

Comments:

DEF-EDOC 000011

| From: | helene |
|---|---|
| Sent: | Thursday, November 15, 2007 1:23 PM |
| To: | BeStar Acoustics |
| Subject: | FW: meetings in USA |

David, I keep getting returned that are sent to you.
BR Dirk

Helene de Young
BeStar Technologies, Inc.
Customer Service Manager
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----
From: dirk [mailto:sales@bestartech.com]
Sent: Thursday, November 15, 2007 10:30 AM
To: florian.greiling@email.de; 'helene'; 'BeStar Acoustics '
Cc: floriangreiling@freenet.de
Subject: RE: meetings in USA

Dear David and Florian,

Visit update:

I have confirmed three tickets from Tucson to Chicago for Monday a.m.

As mentioned before we are confirmed with Matt and Carol on Tuesday evening
and may take some time in the office on Tuesday afternoon for business
update discussions before dinner.

Ellen is working on whether it might be possible to meet with someone from
Roche on Tuesday afternoon.

Should I book a one way return flight for Florian to Chicago from Indy for
Wed. a.m.?

We are confirmed with Floyd Bell in Columbus on Wednesday 10:00am and lunch
and Jon is checking on Tim Kaiser from Invensys for Wed. afternoon. We will
drive up to Detroit later on Wed. afternoon.

We are setting up visits in Detroit with following as possible:

Ford
Visteon
Valeo
New Business opportunities
Dinner with Matt

It doesn't appear necessary to visit WP at this time, things are going
pretty well.

DEF-EDOC 000012

We will most likely drive back to Chicago on Friday, so David can schedule
his return flight for later Friday afternoon, or Saturday a.m.

Please confirm soonest your arrival and departure information, so I can
continue building the trip.

Best regards, Dirk

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 12, 2007 3:36 AM
To: helene; 'BeStar Acoustics '
Cc: florian.greiling@email.de; floriangreiling@freenet.de
Subject: RE: meetings in USA

Dear All,
of course I can join for a meeting with Carol and Matt. But prefer not
to visit any customers at this stage.
Best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000013

| | |
|---|---|
| **From:** | helene |
| **Sent:** | Saturday, November 10, 2007 1:16 PM |
| **To:** | helene; BeStar Acoustics |
| **Cc:** | florian.greiling@email.de; floriangreiling@freenet.de |
| **Subject:** | RE: meetings in USA |

Sorry, I failed to put FG on the distribution. BR Dirk

-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Saturday, November 10, 2007 12:15 PM
To: 'BeStar Acoustics '
Subject: RE: meetings in USA

David, Florian:

I think CC Electro has a sales meeting Dec. 17/18, but I will run these dates by them. It is last week before Christmas break, so the week before would normally be better (week 50). Perhaps there is some way we can make a trip out of it.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214


-----Original Message-----
From: BeStar Acoustics [mailto:wu@be-star.com]
Sent: Saturday, November 10, 2007 3:21 AM
To: 'helene'; florian.greiling@email.de; sales@bestartech.com
Subject: meetings in USA


Hello Dear Dirk

any of week 50 and week 51 is fine for me
because I have customer visit untill 11Dec
week 51 is better fo rme

Dear Greling
please double check your time schedule
and then I have to book flight ticket if date fixed

Can we meet in first in San Francisco that fly to TACSON together ?
what is your suggestion ,Dirk ?

I know it will close to Christmas holiday if late

with very best regadr
WU YIFEI

DEF-EDOC 000014

-----Original Message-----
From: helene [mailto:info@bestartech.com]
Sent: Tuesday, November 06, 2007 5:59 AM
To: florian.greiling@email.de; sales@bestartech.com
Cc: wu@be-star.com
Subject: RE: meetings

Hi Florian, David:

We should for sure visit:

Floyd Bell
Invensys
Whirlpool
International Truck

And also possibly:

Visteon
Valeo
Roche

It would take at least 4 days to cover these.

I think we should plan to meet with Matt and Carol during the above travels,
e.g. dinner in Indianapolis with Carol and Detroit with Matt.

We will work out the itinerary with CC Electro.

Depending on works best for you and David travel wise, we could meet in AZ
on the front or back end of the above. I suggest allowing one day for
meetings and half day for recovery/fun activities. Both of you can arrive
the same calendar day as your departure, but it is a long day. Perhaps you
can leave on a Saturday, thus allowing Sunday to recover.

Best regards, Dirk

BeStar Technologies, Inc.
Ph: 520-439-9204
Fax: 520-439-9214

-----Original Message-----
From: florian.greiling@email.de [mailto:florian.greiling@email.de]
Sent: Monday, November 05, 2007 3:18 AM
To: sales@bestartech.com
Cc: wu@be-star.com
Subject: meetings

Dear Dirk,
I just spoke to David regarding the December meeting. We did not make any
bookings so far.

Do you want David to see the likes of FB, Motorola...?
We also think that we should invite Matt for a day or two.
How many days should we spend in AZ?
Please let me have your suggestions.
Thanks and best regards
Florian
--
Florian Greiling
Am Husarendenkmal 13
D-22043 Hamburg

DEF-EDOC 000016

| | |
|---|---|
| **From:** | dirk |
| **Sent:** | Friday, July 20, 2007 8:49 AM |
| **To:** | BeStar Acoustics; florian.greiling@email.de |
| **Subject:** | RE: Digisound Orders |

Dear David,

I talked to the buyer today. Digisound shipped them 3200 parts last week, which were their only parts and then informed them that they could not meet the requirements for the rest of July. We will ship them on Monday and with that they will be o.k.

I explained to her what has happened and why Digisound is out of parts. I requested that she not provide any further information regarding our operations to Digisound and she agreed.

You don't have to tell them anything today, or in any case confirm anything to M. Zeich. Just tell him you don't know what he is talking about and it makes no sense that you supply them from Bestar.

Best regards, Dirk

---

**From:** BeStar Acoustics [mailto:wu@be-star.com]
**Sent:** Friday, July 20, 2007 1:56 AM
**To:** florian.greiling@email.de
**Cc:** 'dirk'
**Subject:** FW: Digisound Orders

please comments soon
wu yifei

---

**From:** michael.zeich@web.de [mailto:michael.zeich@web.de]
**Sent:** Friday, July 20, 2007 4:48 PM
**To:** wu@be-star.com
**Subject:** WG: Digisound Orders

Dear Mr Wu

Please find the email from the Solectron/JCI buyer below. He told us also that he would get the goods immediatly from Bestar.

Best regards
Michael Zeich


**DIGISOUND-Electronic GmbH**

P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844 Norderstedt
Tel.: +49/40/52 68 69-34, Fax: +49/40/52 68 69-13,
e-mail:michael.zeich@digisound.de  http://www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt


-----Ursprüngliche Nachricht-----

DEF-EDOC 000017

**Von:** MandaiRamchand@invotronics.com [mailto:MandaiRamchand@invotronics.com]
**Gesendet:** Donnerstag, 19. Juli 2007 20:48
**An:** 'sales@digisound-wie.com'
**Cc:** michael.zeich@digisound.de
**Betreff:** RE: Digisound Orders

Hello Steve,
I don't know what happened and why you have no product to ship to us but the ramification of a line down is huge which I cannot afford. I do have another supplier, going forward I will be purchasing from Bestar.

Thanks,
Mandai

---

**From:** DIGISOUND-WIE Sales [mailto:sales@digisound-wie.com]
**Sent:** Thursday, July 19, 2007 12:14 PM
**To:** 'Ramchand, Mandai'
**Cc:** michael.zeich@digisound.de
**Subject:** Digisound Orders

Mandai,

I have been following the e-mails in regards to the part that we are trying to procure for you. You have stated that if we can't fill the current PO's then you would like to cancel all PO's that you have placed with us. Do you have an alternate supplier? Who do I need to speak with in order to rectify this situation? Your assistance would be greatly appreciated.

Thank you,

Steve Trimble

DEF-EDOC 000018

| From: | dirk |
|---|---|
| Sent: | Thursday, July 12, 2007 4:35 PM |
| To: | BeStar Acoustics-Wu; floriangreiling@freenet.de |
| Subject: | RE: urgent information |

Dear David,

We had a very good phone conference with Visteon, including Visteon Europe and have very strong support from purchasing and operations to change over to BeStar Tech. It is understood now that Digisound in the USA has changed their supply location without ever informing the buyer! He was very upset with that news. (He has still not actually been informed and in fact has not yet been contacted by the "new" Digisound). We have explained to Visteon that we have the stock available to immediately start supplying them, as soon as the administration is completed. It appears that we may also get authorization to manage the shipments to Europe, because in Europe Digisound has been responsible for some line down situations and in the USA they have never had a late delivery.

We confirmed that Digisound USA yesterday shipped two weeks supply of parts against zero releases from Visteon and without authorization to do so from Visteon. I had suggested yesterday this, but now it is confirmed. Throughout this process our number one concern has been how to maintain the customer loyalty with our management team while actually changing the supplying organization. So far we believe we have been successful, because Digisounds (Mr. Z & Co.) way of handling things is to do it without including the customer in the process, while we are including them in every step.

Anyway, the Digisound PO suggestion is completely out of reality. From our information regarding the F/WEX12NV LF, if Visteon does not return this weeks unauthorized delivery they will have parts until August 13th with no further shipments. Digisound has parts possible to get them through end of August. The 240K is probably enough parts to keep them until January 08. It seems that Digisound has not accounted for probably 120K parts that are now within the Visteon system.

Digisound has filed a formal request with CC Electro to provide them with any files that they are currently holding vis a vis Digisound business. We will review how to handle this in due course.

In the meantime, I have some action items for which I need a response.

1. From our meeting in China, please confirm the +/- 2 dB version of the F-B-P3009EPB-01 LF. Cost, feasibility etc. as was discussed.
2. Please continue to see if you can get me the IMDS filing reference for the Visteon version of FE23100PCW-03 LF

Regarding WP we will first focus on the F-B-P3009EPB for which Digisound will be out of parts by next week and there are strong requirements for deliveries all the way through August. We will then focus on the F-B-P3009EPB-01 LF, for which deliveries will need to start in later August.

Best regards, Dirk

_____

**From:** BeStar Acoustics-Wu [mailto:wu@be-star.com]
**Sent:** Wednesday, July 11, 2007 9:21 AM
**To:** dirk; floriangreiling@freenet.de
**Subject:** urgent information

Hello Dirk

that is good
I failed to call you today
and will try to call you tomorrow moning our time

FYI
Jenny today receivd a message from Mr. Zeich stated following

.................................................................................................................................

DEF-EDOC 000019

Dear Jenny

We are in big trouble in the USA, because Dirk did not order properly. These are the quantities we need as fast as possible with part shipments immediately.

Visteon
VP7AMF 14B074 AA (FE23100-03 LF) = 46.000pcs
VP5W7F-14B074-AA(F/WEX12NV) = 240.000pcs
VP4V1F 18808 AB (F/BMS3432-02B) = 15.000pcs

Solectron
FE23100PCW-03 = 40.000pcs
Please advise your best delivery dates.
Ms Schwaller from our new customer service company will send the orders shortly.
Best regards
Michael

DIGISOUND-Electronic GmbH
P.O. Box 20 69, D-22810 Norderstedt (Germany), Oststrasse 54, D-22844 Norderstedt
Tel.: +49/40/52 68 69-34, Fax: +49/40/52 68 69-13,
e-mail: michael.zeich@digisound.de, www.digisound.de
Managing Directors: Rudolf Weiler, Florian Greiling
Trade register HRB 1273 Norderstedt
..........................................................................

please comments

with very best regards
WU YIFIE

---- Original Message -----

From: dirk
To: 'BeStar Acoustics-Wu' ; floriangreiling@freenet.de
Sent: Wednesday, July 11, 2007 3:52 AM
Subject: BeStar Business

Team,

Just some good news to keep you motivated, we have received the JCI/Solectron PO today. Matt reports progress with Visteon.

Best regards, Dirk

BeStar Technologies Inc.
999 E. Fry Blvd., Unit 304
Sierra Vista, AZ 85635

Tel: 520-439-9204
Fax: 520-439-9214

DEF-EDOC 000020