UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Digisound−WIE, Inc.
                               Plaintiff,
v.                                              Case No.: 1:07−cv−06535
                                                Honorable George W. Lindberg
BESTAR Technologies, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 16, 2008:

   MINUTE entry before Judge Honorable George W. Lindberg: The status hearing scheduled for 4/23/2008 is reset to 4/30/2008 at 9:30a.m. as to have the status hearing in 07 C 6535 and 07 C 7290 heard at the same time and date. No court appearance required on 4/23/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.