# EXHIBIT "A"

## Charmagne Topacio

| | |
|---|---|
| From: | Charmagne Topacio |
| Sent: | Thursday, April 17, 2008 3:21 PM |
| To: | 'Sternberg, Arthur B.'; Lorenc, Susan M. |
| Cc: | James K. Borcia |
| Subject: | Digisound-WIE v. BeStar Tech., et al., Case No. 07-6535 |
| Importance: | High |

Dear Counsel:

We are writing to advise you that you inappropriately filed certain e-mails as exhibits to Plaintiff's Response to the Greilings' motion to dismiss for lack of personal jurisdiction. Certain of the e-mails that you filed within Exhibits D and E came from the CDs that were produced by BeStar Technologies which were designated **"Confidential-Attorneys Eyes Only."** As stated in my letter accompanying the CDs that were produced to you, "Please be advised that by designating the enclosed compact disks as 'Confidential-Attorneys' Eyes Only,' such designation is intended to apply to the entire contents of the disks." The CDs were produced subject to the Stipulated Protective Order in place and the e-mails included therein were prohibited from being disclosed to other parties, unless otherwise permitted in limited form by the Order.

**Therefore, we request that you <u>immediately</u> withdraw from your filing any and all documents printed from the CDs. We further request that you take any and all precautions necessary to ensure that all such improper disclosures are addressed and discontinued. Thank you for your immediate attention to this matter.**

Sincerely,
*Charmagne Topacio*
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
Direct # (312) 627-4136
Fax # (312) 627-1717

E-mail: **ctopacio@tsmp.com**

This message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C., sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe that this has been sent to you in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. If the reader of this message is not the intended recipient, I did not intend to waive and do not waive any privileges or confidentiality of this message or the attachments. Please reply to the sender that you have received the message in error, then delete it. Thank you.