In the United States District Court
For the Northern District of Illinois
Eastern Division

DIGISOUND-WIE, INC.,

        Plaintiff,

v.

BESTAR TECHNOLOGIES, INC., et al.,

        Defendants.

07 C 6535

Judge Lindberg

Magistrate Judge Mason

# Plaintiff's Motion to Replace Exhibits C and E to Its "Response to Greilings' Motion to Dismiss For Lack of Personal Jurisdiction"

Plaintiff Digisound-WIE, Inc. moves pursuant to LR 79.1(d) for entry of an order directing the Clerk of Court to replace Exhibits C and E from Plaintiff's Response to Greilings' Motion to Dismiss (Docket #90 filed April 11, 2008) with the attached cover sheets, as provided by LR 5.8:

    1.     This Court has entered two protective orders. The first is a "Protective Order" (Docket # 37), which applies to documents produced pursuant to subpoena by CC Electro Sales, Inc. before it was added as a defendant. The second is a "Stipulated Protective Order" (Docket #43), which applies to documents and data produced by the other parties.

    2.     Pursuant to the respective protective orders, CC Electro Sales designated all 13,343 pages of its documents as "Confidential," while defendants BeStar Technologies, Inc. and the de Youngs produced two CD's of electronic data containing 4,107 documents, all of which they designated as "Confidential-Attorneys' Eyes Only."

    3.     Digisound-WIE attached certain documents and data printouts from CC Electro Sales and the other defendants as Exhibits C and E to its "Response to Greilings' Motion to Dismiss." Those should have instead been filed under seal pursuant to the protective orders,

which Digisound-WIE has since done.

THEREFORE, plaintiff Digisound-WIE, Inc. requests entry of an order directing the Clerk

of Court to replace Exhibits C and E to "Plaintiff's Response to Greilings' Motion to Dismiss"

with the attached cover sheets.


DIGISOUND-WIE, INC.


By: s/s Arthur Sternberg
    One of Its Attorneys

Thompson Coburn LLP d/b/a Thompson Coburn  Fagel Haber
55 East Monroe Street, 40th Floor
Chicago, Illinois 60603
(312) 580-2235

3

# Exhibit C

# Filed under Seal Pursuant to LR 5.8 and 26.2

# Exhibit E

# Filed under Seal Pursuant to LR 5.8 and 26.2