In the United States District Court
For the Northern District of Illinois
Eastern Division

| | |
|---|---|
| DIGISOUND-WIE, INC., | |
| Plaintiff, | |
| v. | 07 CV 6535 |
| BESTAR TECHNOLOGIES, INC., DIRK DE YOUNG, HELENE DE YOUNG, FLORIAN GREILING, and LILLI GREILING, | Judge Lindberg |
| | Magistrate Judge Mason |
| Defendants. | |

## Notice of Motion

On Wednesday, April 30, 2008, at 9:30 a.m., I will appear before Judge George W. Lindberg, in courtroom 1425 of U.S. District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn, Chicago, Illinois, and present Plaintiff's Motion to Replace Exhibits C and E to Its "Response to Greilings' Motion to Dismiss for Lack of Personal Jurisdiction."

DIGISOUND-WIE, INC.

By: s/ Arthur Sternberg
    One of Its Attorneys

Arthur Sternberg
Susan Lorenc
Thompson Coburn LLP dba Thompson Coburn Fagel Haber
55 E. Monroe, 40th Floor
Chicago, IL 60603
(312) 580-2235