**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.   07 CV 6535 |
| ) | |
| BESTAR TECHNOLOGIES, INC. et al. ) | Judge Lindberg |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

TO:   Arthur B. Sternberg            Daniel R. Formeller
      Susan M. Lorenc                James K. Borcia
      Thompson, Coburn, Fagel, Haber Charmagne Topacio
      55 East Monroe St., 40th Floor Tressler, Soderstrom, Maloney & Priess, LLP
      Chicago, IL 60603              233 South Wacker Drive, 22nd Floor
                                     Chicago, IL 60606

   **PLEASE TAKE NOTICE** that, unless otherwise instructed by the Court, on April 30, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg, or any Judge sitting in his stead in Courtroom 1425 of the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present **Defendant CC Electro Sales, Inc.'s Motion to Stay and Compel Arbitration or, In the Alternative, To Dismiss Counts 5, 6 and 10**, a copy of which is attached and hereby served on you.

                                           CC ELECTRO SALES, INC.

                                           By: /s/   Daniel E. Beederman
                                                One of Its Attorneys

Daniel E. Beederman
Adam J. Glazer
David S. Makarski
Schoenberg Finkel Newman & Rosenberg, LLC
222 S. Riverside Plaza, Ste. 2100
Chicago, IL 60606-6101
(312) 648-2300

## CERTIFICATE OF SERVICE

TO:    Arthur B. Sternberg           Daniel R. Formeller
Susan M. Lorenc              James K. Borcia
Thompson, Coburn, Fagel, Haber    Charmagne Topacio
55 East Monroe St., 40th Floor      Tressler, Soderstrom, Maloney & Priess, LLP
Chicago, IL 60603             233 South Wacker Drive, 22nd Floor
                                     Chicago, IL 60606

       Daniel E. Beederman, one of the attorneys for Defendant CC Electro Sales, Inc., hereby certifies that he caused a copy of the attached **Notice of Motion** and the accompanying **Defendant CC Electro Sales, Inc.'s Motion to Stay and Compel Arbitration or, In the Alternative, To Dismiss Counts 5, 6 and 10** to be served on the above identified counsel, using the court's CM/ECF system, on the 23rd day of April, 2008. Counsel certifies that all documents required to be served by Rule 5(a), Fed. R. Civ. P., have been served.

                                                            /s/ Daniel E. Beederman