## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Digisound-WIE, Inc. Vs. Bestar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to replace Exhibits C and E to its "Response to Greilings' Motion to Dismiss for Lack of Personal Jurisdiction" [97] is denied. Exhibits C and E do not appear to contain information sufficient to merit filing those exhibits under seal.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|