## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Digisound-WIE, Inc. v. Bestar Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant CC Electro Sales, Inc.'s motion to stay and compel arbitration or, in the alternative, to dismiss Counts 5, 6 and 10 is entered and continued. Written response due 5/13/08. Reply due 5/20/08. In court ruling on 6/25/08 at 9:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|