## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Digisound vs. Bestar Technology | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 9/3/2008 at 9:30a.m. Close of discovery set for 9/3/2008. Discovery hearing set for 8/13/2008 at 9:30a.m. Motion for summary judgment due 9/24/2008. Response to the motion for summary judgment due 10/8/2008. Reply due 10/15/2008. Ruling on the motion for summary judgment set for 11/12/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers by 2:00p.m. on 11/24/2008. Jury trial set for 12/1/2008 at 10:00a.m.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SLB |
|---|---|---|