## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date: 5/1/08    Case No. 07 C 6535

Case Title: Digisound-WIE, Inc v. BESTAR    Judge: George W. Lindberg

### NOTICE OF CORRECTION

**The following error was found in document no.** 106

☐ The document has been filed in the incorrect case.
☐ The document is filed in the correct case, but the case number and case title do not match.
☐ The incorrect document (PDF file) was linked to the entry
☐ The incorrect file date was entered.
☐ The incorrect type of event was used to describe the document.
☐ The title of the document does not match the text of the entry.
☑ The entry is a duplicate of entry no. 105
☐ Other:

**Corrective action taken by the Clerk:**

☐ The text of the entry has been edited and the PDF file has been replaced.
☐ The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number*.)
☐ The correct document (PDF file) has been linked to the entry.
☐ The file date has been corrected.
☐ The text of the entry has been edited.
☑ The text of the entry has been edited to read "Duplicate filing of document number."
☐ Other:

**Corrective action required by the filer:**

☐ The document must be refiled.
☐ Other:

Michael W. Dobbins, Clerk of Court

By: s/ Sheila Moore
Deputy Clerk

NDIL (10/05) Notice of Correction