# Exhibit C

**Bersche, Bernadette M.**

| | |
|---|---|
| **From:** | Sternberg, Arthur B. |
| **Sent:** | Friday, April 04, 2008 5:22 PM |
| **To:** | 'James K. Borcia'; 'Charmagne Topacio' |
| **Cc:** | Lorenc, Susan M.; Murphy, Nancy I. |
| **Subject:** | Greilings' Response to First Request to Produce |

In light of Judge Lindberg's order denying your motion for a protective order, I request a meeting early next week to attempt to resolve the objections that you have posed to each of our 11 requests.

I also ask that you clarify whether you have responsive documents and/or data that you will, subject to the objections you have posed, produce next week.

**Arthur B. Sternberg**
asternberg@tcfhlaw.com
P: 312.580.2235
F: 312.782.1997
M: 630.247.4065

**Thompson Coburn Fagel Haber**
55 East Monroe Street
40th Floor
Chicago, IL 60603
www.tcfhlaw.com
Thompson Coburn LLP d/b/a
Thompson Coburn Fagel Haber

1