# Exhibit D

## Sternberg, Arthur B.

| | |
|---|---|
| **From:** | James K. Borcia [jborcia@tsmp.com] |
| **Sent:** | Wednesday, April 09, 2008 9:46 AM |
| **To:** | Sternberg, Arthur B. |
| **Cc:** | Lorenc, Susan M.; Murphy, Nancy I.; Charmagne Topacio |
| **Subject:** | RE: Greilings' Response to First Request to Produce |

Arthur -- I recently had surgery and cannot meet this week -- lets try to meet next week -- let me know when you are available

>     -----Original Message-----
>     **From:** Sternberg, Arthur B. [mailto:ASternberg@tcfhlaw.com]
>     **Sent:** Friday, April 04, 2008 5:22 PM
>     **To:** James K. Borcia; Charmagne Topacio
>     **Cc:** Lorenc, Susan M.; Murphy, Nancy I.
>     **Subject:** Greilings' Response to First Request to Produce
>
>     In light of Judge Lindberg's order denying your motion for a protective order, I request a meeting early next week to attempt to resolve the objections that you have posed to each of our 11 requests.
>
>     I also ask that you clarify whether you have responsive documents and/or data that you will, subject to the objections you have posed, produce next week.
>
>     **Arthur B. Sternberg**
>     asternberg@tcfhlaw.com
>     P: 312.580.2235
>     F: 312.782.1997
>     M: 630.247.4065
>
>     **Thompson Coburn Fagel Haber**
>     55 East Monroe Street
>     40th Floor
>     Chicago, IL 60603
>     www.tcfhlaw.com
>     Thompson Coburn LLP d/b/a
>     Thompson Coburn Fagel Haber

Thompson Coburn LLP CONFIDENTIALITY NOTE: This electronic message is from a law firm. It is intended solely for the use of the recipient(s) to whom it is addressed and might contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If the reader of this message is not an intended recipient, any dissemination, distribution or copying of this communication (including any attachments) is strictly prohibited. If you have received this communication in error, please delete it (including any attachments) from your system without copying or forwarding it, and notify the sender of the error by reply e-mail.