.

# Exhibit F

**Sternberg, Arthur B.**

| | |
|---|---|
| **From:** | Sternberg, Arthur B. |
| **Sent:** | Wednesday, May 07, 2008 9:33 AM |
| **To:** | 'James K. Borcia'; 'Charmagne Topacio' |
| **Cc:** | Lorenc, Susan M.; Murphy, Nancy I. |
| **Subject:** | Lack of Response on Discovery Matters |

I have not received your responses to the following emails:

April 30, 2008 email regarding document and data requests in which BeStar Technologies and the de Youngs' production appears incomplete;
May 1, 2008 email requesting redesignation of certain documents pursuant to Stipulated Protective Order;
May 1, 2008 email summarizing the content and results of our April 30, 2008 conference to resolve the Greilings' objections to our First Request to Produce.

I would appreciate if you would respond today to the emails so that I at least know that good faith, diligent progress on them is being made.

**Arthur B. Sternberg**
asternberg@tcfhlaw.com
P: 312.580.2235
F: 312.782.1997
M: 630.247.4065

**Thompson Coburn Fagel Haber**
55 East Monroe Street
40th Floor
Chicago, IL 60603
www.tcfhlaw.com
Thompson Coburn LLP d/b/a
Thompson Coburn Fagel Haber