# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Digisound−WIE, Inc.

                                      Plaintiff,

v.                                                Case No.: 1:07−cv−06535
                                                Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable George W. Lindberg: MOTION by Plaintiff Digisound−WIE, Inc. to compel Defendant Greiling to Comply with First Request to Produce is entered and continued to 5/21/2008 at 9:30a.m. Response due 5/16/2008 to the motion. No court appearance required on 5/14/2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.