# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Digisound−WIE, Inc.

            Plaintiff,

v.                   Case No.: 1:07−cv−06535
                  Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 16, 2008:

  MINUTE entry before the Honorable George W. Lindberg:Defendants Florian Greiling and Lilli Greiling's motion to dismiss plaintiff's amended complaint for lack of personal jurisdiction [73] is granted. Plaintiff's motion to compel defendant Greiling to comply with first request to produce [108] is denied as moot. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.