**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Digisound−WIE, Inc.
                               Plaintiff,

v.                                                Case No.: 1:07−cv−06535
                                                Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Defendants Bestar Technologies, Inc.'s, Dirk de Young's and Helene de Young's motion to dismiss Counts 2,5,6 and 10 of plaintiff's amended complaint [71] is denied. In an order dated February 20, 2008 [53], the court granted in part and denied in part these defendants' first motion to dismiss. On March 4, 2008, plaintiff filed an amended complaint that substantially complies with the court's February 20, 2008 order. Therefore, the motion to dismiss the amended complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), is denied. Defendants are ordered to answer the amended complaint by May 30, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.