## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6535 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Digisound-WIE, Inc. Vs. BESTAR Technologies, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendants Florian Greiling and Lilli Greiling are dismissed as named defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

Case 1:07-cv-06535   Document 115   Filed 05/16/2008   Page 1 of 1

07C6535 Digisound-WIE, Inc. Vs. BESTAR Technologies, Inc., et al.   Page 1 of 1