# EXHIBIT "A"

Case 1:07-cv-06535   Document 120-2   Filed 08/08/2008   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BESTAR TECHNOLOGIES, INC., et al. ) | Case  07 CV 6535 |
| ) | |
| Defendants. ) | Judge George W. Lindberg |
| ) | |
| DIRK DE YOUNG, ) | Magistrate Judge Michael T. Mason |
| ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| ) | |
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

### AFFIDAVIT BY DIRK DE YOUNG

I, Dirk de Young, under penalties of perjury under the laws of the United States of America, depose and state that I have personal knowledge of the matters stated herein, that the following is true and correct, and if called as a witness would competently testify as follows:

1. This Affidavit is prepared in support of Defendant/Counter-Plaintiff Dirk De Young's Motion For Entry of Default Judgment against Plaintiff/Counter-Defendant Digisound-WIE, Inc. ("Digisound")

2. I am a Defendant and the Counter-Plaintiff in the above-referenced action.

3. I was formerly employed by Digisound as a sales director from approximately October 2001 through June 23, 2007 under an employment agreement. (See Employment Agreement attached as Exhibit "A" to Digisound-WIE's Amended Complaint.)

4.  Pursuant to the employment agreement, Digisound was required to pay me a minimum monthly stipend of $250.00.

5.  Digisound failed to pay me a minimum monthly stipend of $250.00 due under an employment contract from at least August 2005 through June 2007.

6.  I have suffered damages in the amount of $5,750.00 from Digisound which represents the $250.00 minimum monthly stipend that it failed to pay me for each month beginning August 2005 through June 2007.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: __8 - 6__, 2008.            _____
                                                        Dirk de Young

Ct1/437759

2