# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| BESTAR TECHNOLOGIES, INC., et al. | ) Case 07 CV 6535 |
| Defendants. | ) Judge George W. Lindberg |
| DIRK DE YOUNG, | ) Magistrate Judge Michael T. Mason |
| Counter-Plaintiff, | ) |
| v. | ) |
| DIGISOUND-WIE, INC., | ) |
| Counter-Defendant. | ) |

### AFFIDAVIT BY JAMES K. BORCIA

I, James K. Borcia, under penalties of perjury under the laws of the United States of America, depose and state that I have personal knowledge of the matters stated herein, that the following is true and correct, and if called as a witness would competently testify as follows:

1. I am one of the attorneys of record for Defendants BeStar Technologies, Inc., Drk de Young and Helene de Young.

2. This Affidavit is prepared in support of Defendant/Counter-Plaintiff Dirk De Young's Motion For Entry of Default Judgment against Plaintiff/Counter-Defendant Digisound-WIE, Inc. ("Digisound").

3. On May 5, 2008, I served Digisound with Dirk de Young's Counterclaim through its counsel via the Court's electronic filing system.

4. To date, Digisound has not filed a response to the Counterclaim.

1

FURTHER AFFIANT SAYETH NAUGHT.

Dated: August 8, 2008.

_____
James K. Borcia

Ct1/437570

2