IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| BESTAR TECHNOLOGIES, INC., et al. ) | Case 07 CV 6535 |
| ) | |
| Defendants. ) | Judge George W. Lindberg |
| ) | |
| DIRK DE YOUNG, ) | Magistrate Judge Michael T. Mason |
| ) | |
| Counter-Plaintiff, ) | |
| v. ) | |
| ) | |
| DIGISOUND-WIE, INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## NOTICE OF MOTION

TO:  Arthur B. Sternberg             Daniel E. Beederman
     Susan M. Lorenc                 Adam J. Glazer
     Thompson, Coburn, Fagel, Haber  David S. Makarski
     55 East Monroe Street, 40th Floor  Schoenberg Finkel Newman & Rosenberg, LLC
     Chicago, IL 60603               222 S. Riverside Plaza, Ste. 2100
                                     Chicago, IL 60606-6101

   PLEASE TAKE NOTICE that, unless otherwise instructed by the Court, on **Wednesday, August 13, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1425 of the United States District Courthouse, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present **Dirk de Young's Motion For Entry of Default Judgment**, a copy of which is attached hereto and hereby served upon you.

                                TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

                          By:    /s/ James K. Borcia
                                    One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308

Tel.: (312) 627-4000

---

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008, I electronically filed **Dirk de Young's Motion For Entry of Default Judgment** and a **Notice of Motion** with the Clerk of Court using the CM/ECF system, which will send notification of such filings(s) to all counsel of record.

        TRESSLER, SODERSTROM, MALONEY & PRIESS, LLP

    By:   /s/ James K. Borcia
          One of Its Attorneys

Daniel R. Formeller
James K. Borcia
Charmagne Topacio
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive, 22nd Floor
Chicago, IL 60606-6308
Tel.: (312) 627-4000

Ctl/437915