UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Digisound–WIE, Inc.
                                    Plaintiff,

v.                                                  Case No.: 1:07–cv–06535
                                                        Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Dirk deYoungs motion for entry of default judgment as to his counterclaim against Digisound–WIE [120] is denied. Digisound–WIE's motion to extend time to answer the counterclaim [122] is granted. Plaintiff is granted leave to file its answer to the counterclaim instanter. Plaintiff must file its answer as an separate, independent entry on the docket. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.