# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Digisound–WIE, Inc.

                                Plaintiff,

v.                                              Case No.: 1:07−cv−06535
                                                          Honorable George W. Lindberg

BESTAR Technologies, Inc., et al.

                                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to a settlement conference.(lcw, )

Dated: August 20, 2008

                                                                                           /s/ George W. Lindberg

                                                                                     United States District Judge